ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

RONALD P. SLATES (CSB No. 43712)
rslates2@rslateslaw.com
KONRAD L. TROPE (CSB No. 133214)
ktrope@rslateslaw.com
JESSE YANCO (CSB No. 308866)
jyanco@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grand Avenue, Suite 2010
Los Angeles, CA 90071
Telephone: 213.624.1515
Facsimile: 213.624.7536

Attorneys for Plaintiffs/Judgment Creditors,
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; and LIVEWIRE SERVICES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**PLAINTIFFS' OPPOSITION TO REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS PERFECT 10, INC. AND NORMAN ZADA**<br><br>Date: October 20, 2017<br>Time: 10:00 a.m.<br>Dept: 7B<br>Judge: Hon. André Birotte |

Plaintiffs oppose Defendants' request for judicial notice on the following grounds:

The Ninth Circuit has made clear that a Court may take judicial notice of the existence of court records but not the truth of the facts recited therein.  *Lee v. City of L.A.*, 250 F.3d 668, 690 (9th Cir. 2001).  In *Lee*, the Ninth Circuit held that the district court had improperly considered extrinsic evidence when granting a Rule 12(b)(6) motion to dismiss because it had improperly taken notice of the truth of factual allegations that were outside the operative complaint.  *Id.*; s*ee also Cummings v. Borges*, CV 10-8726-GAF JEM, 2012 WL 4022682, at *3 (C.D. Cal. July 9, 2012) ("On a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), the Court must limit its review to the operative complaint and may not consider facts presented in briefs or extrinsic evidence."), *report and recommendation adopted*, CV 10-8726-GAF JEM, 2012 WL 3619354 (C.D. Cal. Aug. 21, 2012); *Abner v. Compton Unified Sch. Dist.*, CV 10-1517-DMG PLA, 2010 WL 3244746, at *3-4 (C.D. Cal. June 8, 2010) (a "declaration by a party is not a matter appropriate for judicial notice in that it clearly is subject to dispute, the 'facts' are not generally known, and it is not from a source whose accuracy cannot reasonably be questioned"), *report and recommendation adopted*, CV 10-1517-DMG PLA, 2010 WL 3245098 (C.D. Cal. Aug. 12, 2010).

Defendants improperly direct this Court to take notice of the truth of specific factual assertions made in their own testimony and pleadings given in past litigation.  Whether or not the Court takes notice of the fact of their occurrence or filing, it cannot accept as true the *fact assertions they contain* in ruling on a 12(b)(6) motion.  *See Lee*, 250 F.3d at 690.  Plaintiffs therefore respectfully request that the Court deny the request for judicial notice to the extent that Defendants seek notice of the truth of any matter submitted in the pleadings to be noticed.

PLAINTIFFS' OPPOSITION TO DEFENDANTS' RJN     1     CASE NO. 2:17-CV-05075-AB (JPR)

| | | |
|---|---|---|
| 1 | Dated: September 29, 2017 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By:   */s/Andrew P. Bridges* |
| 4 | |        Andrew P. Bridges |
| 5 | | |
| 6 | | Attorneys for Plaintiffs/Judgment Creditors, GIGANEWS, INC., and LIVEWIRE SERVICES, INC. |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| PLAINTIFFS' OPPOSITION TO DENFENDANTS' RJN | 2 | CASE NO. 2:17-CV-05075-AB (JPR) |