| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB No. 122761) |
| | abridges@fenwick.com |
| 2 | JED WAKEFIELD (CSB No. 178058) |
| | jwakefield@fenwick.com |
| 3 | TODD R. GREGORIAN (CSB No. 236096) |
| | tgregorian@fenwick.com |
| 4 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 5 | San Francisco, CA  94104 |
| | Telephone:  415.875.2300 |
| 6 | Facsimile:   415.281.1350 |
| 7 | RONALD P. SLATES (CSB No. 43712) |
| | rslates2@rslateslaw.com |
| 8 | KONRAD L. TROPE (CSB No. 133214) |
| | ktrope@rslateslaw.com |
| 9 | RONALD P. SLATES, P.C. |
| | 500 South Grande Avenue, Suite 2010 |
| 10 | Los Angeles, CA 90071 |
| | Telephone: 213.624.1515 |
| 11 | Facsimile:  213.624.7536 |

Attorneys for Plaintiffs/Judgement Creditors
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation, | Case No.: 2:17-cv-05075-AB (JPR) |
| | **DISCOVERY MATTER** |
| Plaintiffs, | ***Before Hon. Jean P. Rosenbluth*** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR PROTECTIVE ORDER** |
| PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive, | |
| Defendants. | Date:          July 19, 2018 |
| | Time:          10:00 a.m. |
| | Courtroom: 690, 6th Floor |
| | Discovery Cutoff: July 27, 2018 |
| | Trial Date:        January 15, 2019 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

The Court has considered the joint stipulation on the motion by Plaintiffs Giganews, Inc. and Livewire Services, Inc. to compel production of documents by Defendants and for a protective order.  Finding good reasons to do so, the Court hereby GRANTS Plaintiffs' motion and ORDERS as follows:

1. Defendants Perfect 10, Inc. and Norman Zada shall (1) serve amended written responses to Giganews's Request for Production No. 6 to Perfect 10 and Giganews's Request for Production No. 6 to Norman Zada, stating that they will produce all responsive non-privileged documents and (2) produce all non-privileged documents responsive to those requests within fourteen (14) days of this Order.  The production shall include, but not be limited to:

   a. Quickbooks files and information for Perfect 10, 2016 to the present.
   b. Quickbooks files and information for Norman Zada, January 1, 2011 to the present.
   c. Bank of America statements for January 2011 to March 2012, May 2012, January 2016, and April 2016 to the present.
   d. Bank of America reconciliation details and summaries for January 2011 through September 2012 and April 2014 to the present.
   e. Wells Fargo statements for October and November 2011, April 2012, June through September 2012, and November 2012 to the present.
   f. Perfect 10 financial statements for January, February, April, June through August, October, and November 2011; January, February, April, May, July, August, and November 2012; January, February, April, May, and July through November 2013; January, February, April, May, July, August, and October 2014; and November 2014

FENWICK & WEST LLP
ATTORNEYS AT LAW

to the present.

    g. Complete tax returns for Perfect 10 and Mr. Zada, January 1, 2011 to present.

    h. Statements for all of Mr. Zada's investment, bank, and credit card accounts from January 1, 2011 to the present, including but not limited to: Bank of America, Chase, Wells Fargo Advisors, Morgan Stanley, Putnam, and American Express accounts.

2. Defendants may not proceed with the deposition of Giganews co-CEO Ronald Yokubaitis.

3. Plaintiffs need not respond to Perfect 10's requests for admission except for requests 128-206, to which Plaintiffs shall respond within fourteen (14) days of this Order.  Defendants may serve no additional requests for admission.

**IT IS SO ORDERED.**

Dated: _____, 2018       By: _____
                                                             Hon. Jean P. Rosenbluth
                                                             United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW