Matthew C. Mickelson (S.B.N. 203867)
**LAW OFFICES OF MATTHEW C. MICKELSON**
16055 Ventura Boulevard, Ste. 1230
Encino, CA 91436
818-382-3360

Attorney for Defendants PERFECT 10, INC.
and NORMAN ZADA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation, <br><br> Plaintiffs, <br> v. <br> PERFECT 10, INC., a California corporation, NORMAN ZADA, an individual, and DOES 1-50, inclusive <br><br> Defendants. | Case No.: 2:17-cv-05075-AB (JPR) <br><br> **DISCOVERY MATTER** <br> *Before Hon. Jean P. Rosenbluth* <br><br> **DEFENDANTS' SUPPLEMENTAL MEMORANDUM RE JOINT STIPULATION; DECLARATION OF DR. NORMA ZADA IN SUPPORT THEREOF** <br><br> Date:      July 19, 2018 <br> Time:     10:00 a.m. <br> Courtroom:  690 |

DEFENDANTS' SUPPLEMENTAL MEMORANDUM RE JOINT STIPULATION

Local Rule 37-2.3 provides that "[a]fter the Joint Stipulation is filed, each party may file a supplemental memorandum of law." Defendants' purported "Supplemental Memorandum of Law", filed on July 9, 2018, did not argue the law, but instead provided a host of factual assertions, supported by a Declaration (with exhibits) from Plaintiffs' attorney. Accordingly, it is proper and necessary for Defendants to submit their own facts rebutting the incorrect and false assertions made in Plaintiffs' Supplemental Memorandum. To that end, Defendants herein submit the concurrently-filed Declaration of Dr. Norman Zada and the exhibits attached thereto.

DATED: July 10, 2018           LAW OFFICES OF MATTHEW C. MICKELSON

                               By: */s/ Matthew C. Mickelson*
                               MATTHEW C. MICKELSON
                               Attorney for Defendants Perfect 10, Inc.
                               and NORMAN ZADA