ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

RONALD P. SLATES, SBN: 43712
rslates2@rslateslaw.com
KONRAD L. TROPE, SBN: 133214
ktrope@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grand Avenue, Suite 2010
Los Angeles, CA 90071
Telephone: 213.624.1515
Facsimile: 213.624.7536

Attorneys for Plaintiffs/Judgment Creditors,
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR PROTECTIVE ORDER**<br><br>Date: July 19, 2018<br>Time: 10:00 a.m.<br>Courtroom: 690, 6th Floor<br><br>Discovery Cut-off: July 27, 2018<br>Trial Date: January 15, 2019 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that in accordance with this District's Local Rule 79-5.2.2(b) and the Court's Standing Orders, Plaintiffs Giganews, Inc. and Livewire Services, Inc. hereby apply for an order permitting them to file the unredacted Perfect 10, Inc. Financial Report December 31, 2014, Bates range P-FIN009682–9715 under seal.

## REASONS SUPPORTING RELIEF REQUESTED

On Monday, July 9, 2018, Giganews and Livewire filed a supplemental brief on their motion to compel. Dkt. 46; 46-1. The filing included a copy of a Perfect 10 2014 financial report. Dkt. 46-1, Ex. A. The document itself bears no confidentiality designation, and plaintiffs used the same document previously without restriction, including in debtor examinations in 2016. *See* Declaration of Todd Gregorian ("Gregorian Decl.") ¶ 4 Exs. A, B. Defendants did not raise any objection to the July 9 filing with plaintiffs directly. Instead, they filed a supplemental declaration on the motion to compel on July 10, stating that they had designated the financial report confidential under the protective order in the original copyright action. Plaintiffs now move to seal the financial report based on defendants' designation.

## CONCLUSION

For the foregoing reasons, Plaintiffs Giganews and Livewire respectfully request that the Court order that Docket No. 46-1, Exhibit A, be filed under seal and remove the current version from the public docket. Plaintiffs will provide a replacement public version.

Dated: July 11, 2018     FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
   Todd R. Gregorian

Attorneys for Defendants
GIGANEWS, INC., and
LIVEWIRE SERVICES, INC.