# Dkt. 46-1, Ex. A
# FILED UNDER SEAL