UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; and LIVEWIRE SERVICES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO EXTEND CASE DEADLINES TO ACCOMMODATE EFFECTS OF DISCOVERY ORDERS** |

Plaintiffs Giganews, Inc. and Livewire Services, Inc. have requested an extension of case deadlines under Federal Rule of Civil Procedure 16(b)(4). The matter having been submitted, and after consideration of the application, supporting declaration, all papers filed in support and in opposition, and all other matters on file in this action, and good cause appearing, Plaintiffs' application is **GRANTED**.

The Scheduling Order, filed as Dkt. No. 31 and amended by Dkt. No. 58, is hereby amended to reflect the following changes:

| Event | Current | New |
|---|---|---|
| Non-Expert Discovery Cut-Off (for purposes of enforcing compliance with the Court's orders) | September 10, 2018 | October 31, 2018 |
| Deadline for Opposition to Motion for Summary Judgment | September 28, 2018 | November 9, 2018 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | October 5, 2018 | November 16, 2018 [ x] Private Mediation |
| Expert Disclosures (Initial) | September 27, 2018 | November 19, 2018 |
| Deadline for Reply on Summary Judgment | October 5, 2018 | November 30, 2018 |
| Expert Disclosures (Rebuttal) | October 11, 2018 | November 30, 2018 |
| Summary Judgment Hearing | October 19, 2018 | December 14, 2018 at 10:00 am |
| Expert Discovery Cut-Off | October 29, 2018 | December 14, 2018 |
| Trial Filings (first round) | November 16, 2018 | January 18, 2019 |
| Trial Filings (second round) | December 7, 2018 | February 8, 2019 |
| Final Pretrial Conference, Hearing on Motions in Limine | December 21, 2018 | March 1, 2019 11:00 a.m. |
| Trial | January 15, 2019 | March 26, 2019, 8:30 a.m. |

Dated:  September 25, 2018

Honorable André Birotte Jr.
U.S. District Court Judge