# EXHIBIT 14

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3

4     _____
                                      )
5     PERFECT 10, INC.,               )
                                      )
6              Plaintiff,             )
                                      )
7         vs.                         )No. 11-0709980AB
                                      )     (JPRx)
8     GIGANEWS, INC., et al.,         )
                                      )
9              Defendants.            )
      _____)
10

11

12        JUDGMENT DEBTOR EXAMINATION OF NORMAN ZADA

13                 Los Angeles, California

14               Thursday, January 28, 2016

15                      Volume I

16

17

18

19

20

21

22    Reported by:
      KATHLEEN E. BARNEY
23    CSR No. 5698
24    Job No. 223100
25    PAGES 1 - 207

                                              Page 1

```
 1    Perfect 10 at a bank?

 2         A    I don't think so.  You say, in other words,

 3    went to a bank with a Perfect 10 check for -- are

 4    you -- I mean, are you -- do you have Perfect 10

 5    checks made out to cash?  Because I don't think -- I    10:47:30

 6    don't recall those checks being written, at least

 7    not for many years, so I'm not sure.

 8         Q    I want to just identify Exhibit 1 as a

 9    formality.

10              (Exhibit 1 was marked for                     10:48:11

11              identification by the court reporter

12              and is attached hereto.)

13    ////

14              MR. BRIDGES:  And Exhibit 2 also.

15              (Exhibit 2 was marked for                     10:48:12

16              identification by the court reporter

17              and is attached hereto.)

18    BY MR. BRIDGES:

19         Q    You're here today pursuant to the court

20    order I marked as Exhibit 1, correct?                   10:48:44

21         A    Yes.

22         Q    And you recall seeing the order before

23    today?

24         A    Yes.

25         Q    And you reviewed it, I trust?               10:48:50
```

Page 23

```
 1        A   Yes.

 2        Q   And you also received and reviewed

 3   Exhibit 2, correct?

 4        A   Yes.

 5            MR. BRIDGES:  I'll mark this as Exhibit 3.    10:49:55

 6            (Exhibit 3 was marked for

 7            identification by the court reporter

 8            and is attached hereto.)

 9   BY MR. BRIDGES:

10        Q   And please identify it.                      10:49:57

11        A   You're asking me to identify it?

12        Q   Yes.

13        A   It looks like Perfect 10's 2014 financials.

14        Q   Bruce Hersh, an accountant, prepared these

15   for Perfect 10; is that correct?                      10:50:18

16        A   Yes.

17        Q   Has the financial report for year ending

18   December 31, 2015, yet been prepared?

19        A   No.  And it may not be prepared because

20   Perfect 10 basically has no money at this point,      10:50:40

21   so --

22        Q   Have you instructed Mr. Hersh not to

23   prepare 2015 financials?

24        A   I have told Mr. Hersh to prepare the tax

25   return and not the financial statements.  Just       10:50:52
```

Page 24

1    because, again, we have no money to do that.

2        Q    I'll ask you to turn to page 2 of the

3    exhibit with Bates number ending in 9683.

4            Do you see that?

5        A    Yes.                                    10:51:17

6        Q    The last paragraph says:

7                "Q    Management has elected to

8                omit substantially all of the

9                disclosures and the statement of cash

10               flows as required by generally        10:51:32

11               accepted accounting principles."

12   And it refers to omitted disclosures there.

13           What discussions did you have with Mr. Hersh

14   about following generally accepted accounting principles?

15       A    None to my knowledge.  Mr. Hersh has had   10:51:48

16   that statement on his forms since -- to the best of

17   my recollection, since the company started.  I don't

18   recall asking him to do that.  That's just what he

19   thought was appropriate because we were not a public

20   company and whatever.  I don't know exactly why that   10:52:05

21   statement is in there.

22       Q    What disclosures is he referring to there,

23   to your understanding?

24       A    I have no idea.  Remember, this is not a

25   public company.                                 10:52:21

                                              Page 25

1    the images without permission, which is a lot of

2    people.

3        Q    What about persons that Perfect 10 has done

4    business with?

5        A    You know, the agreements that we produced    11:37:21

6    speak for themselves.  I can't think of anybody

7    else.  There was -- I don't remember the names of

8    them.  Again, the agreements were produced.  I think

9    there was some sort of a music thing or -- but, you

10   know, the name -- the exact agreement escapes me.    11:37:41

11   So the answer is whatever the agreements state.

12       Q    The problem is the agreements state what

13   the obligations are, but I'm trying to find out what

14   outstanding obligations there are.

15       A    Let me put it this way.  I'm not aware of    11:38:01

16   anybody that owes Perfect 10 money that we could

17   collect.  Leo Mangalindan may have money, I don't

18   know.  I couldn't find him.  I was looking around

19   for him.

20       Q    Leaving aside whether somebody can pay it    11:38:18

21   or not, I'm trying to find out all the persons who,

22   to your knowledge, owe Perfect 10 money in some

23   fashion.

24       A    Well, that's -- all the persons is a big

25   collection of people, because there have been    11:38:33

                                                    Page 54

```
 1    hundreds of people that have used Perfect 10 images

 2    without permission and, in our mind, they owe us

 3    money for that.

 4         Q    Right.  Apart from those?

 5         A    Apart from those, I'm not aware.  I          11:38:48

 6    mentioned HDNet.  They claim that they -- that's --

 7    that guy, Cuban, the Mark Cuban thing.  I don't

 8    think they owe us money because I don't think

 9    they've reached the point at which they would have

10    to pay us.  Mangalindan I suspect owes us money,      11:39:04

11    but I don't know how to locate him.  I'm not aware

12    of any other parties that, you know, likely owe us

13    money.

14         Q    Anybody owe you money from -- for

15    advertising that you furnished to them for the       11:39:22

16    magazine?

17         A    No.

18         Q    Does Perfect 10 have any pending litigation

19    other than this case?

20         A    There's one case against AOL Germany that's 11:39:39

21    still going on.  And that's the only one.

22         Q    What is the status -- strike that.

23              Please tell me the history of that case.

24         A    I think we filed it around 2009.  I don't

25    remember the exact date.  We have -- initially the   11:40:03
```

Page 55

1    case was initially dismissed.  We appealed it.  My

2    understanding is that that appeal was denied.  So

3    now we're doing our last appeal to the German

4    Supreme Court.

5         Q    What relief is Perfect 10 seeking in that        11:40:16

6    case?

7         A    I don't -- I mean, it's for copyright

8    infringement.  I don't remember -- there are only

9    eight images involved, but -- so I don't remember

10   exactly.  I'm sure it is a combination of monetary     11:40:38

11   and injunctive, but I don't know the numbers.

12        Q    What lawyers are advising Perfect 10 on

13   that case?

14        A    Matthius Van Enbenberg.

15        Q    That's the name of the German lawyer?        11:41:00

16        A    That's the name of the German lawyer.

17        Q    Do you recall the name of his firm?

18        A    I unfortunately would not -- I think I

19   produced a document which has the name of the firm

20   on it, but I don't remember.  I couldn't tell you       11:41:14

21   the name exactly.  It's some German name.

22        Q    Do you know who is representing AOL in that

23   case?

24        A    I don't remember.

25        Q    Is there an American lawyer advising you on    11:41:22

Page 56

1    that case?

2         A    No.

3         Q    So you're working directly with German

4    lawyers?

5         A    Yes.                                        11:41:29

6         Q    If Perfect 10 has no money, how is Perfect

7    10 funding that litigation?

8         A    I would have to advance Perfect 10 loans to

9    do that.

10        Q    Have you been doing so in the past three    11:41:46

11   years?

12        A    I'm not sure about the past three years,

13   but I have done it at some point.  I think when the

14   case started, I think Perfect 10 probably paid the

15   legal fees, but the next bill I'm going to have to    11:42:08

16   fund myself.

17        Q    How much has Perfect 10 spent on that

18   litigation?

19        A    I'm guessing 20,000 approximately.  But,

20   you know, that's -- that's an informed guess.        11:42:17

21        Q    20,000 total?

22        A    Yes.

23        Q    Does that include funding you've provided

24   for the case?

25        A    I don't think I provided funding for the   11:42:26

1  case, but I could be wrong on that.  I -- I just

2  don't remember the last time that money had to be

3  sent to the German lawyers.  I don't know if

4  Perfect 10 sent that money or if I sent it or if I

5  first gave it to Perfect 10, and then they sent it.    11:42:51

6  I don't remember which one of those it was.

7      Q   So it's your statement that that's the only

8  other pending litigation apart from this case that

9  Perfect 10 has?

10     A   Yes.                                          11:43:11

11     Q   Are there any active disputes between

12  Perfect 10 and anyone else?

13     A   I don't know what you mean by an active

14  dispute.  I mean, anybody that we sent a DMCA notice

15  to and they didn't respond, you could call that      11:43:27

16  active.  I don't know.  I mean, we haven't pursued

17  litigation and we will not be able to pursue

18  litigation unless the appeal is reversed.

19     Q   Has Perfect 10 sent new threat or demand

20  letters to anyone in the past three years?  And by   11:43:46

21  that I'm not including a simple request to take

22  material down under Section 512(c)(3) of the

23  Copyright Act?

24     A   You're not including that?

25     Q   Right.                                        11:44:02

Page 58

1      A    I don't think so.

2      Q    Has Perfect --

3      A    Let me modify that.  I mean, we had a

4   lawsuit against -- I think it was -- I'm trying to

5   remember the name of the company, but it was          11:44:15

6   dismissed.  So that probably was in the last three

7   years.  We just voluntarily dismissed it.  I'm

8   trying to remember the name.  I don't remember the

9   name right now.  But aside from that, I can't think

10  of anything that you're talking about.              11:44:31

11     Q    Are you referring to Lease Web case or --

12     A    Was it Lease Web?  I think we won Lease

13  Web.  I think it was something after Lease Web.  It

14  might have been a French company, but I don't

15  remember the name of it.  I think it was a French    11:44:48

16  company that we dismissed.

17     Q    A French and Canadian company?

18     A    Yeah, yeah, that could be correct.  I just

19  don't remember the name.

20     Q    Perfect 10 dismissed that case?            11:45:02

21     A    Yes.

22     Q    Did it receive any payment?

23     A    No.  I don't know if I'm allowed to say

24  that.  But I mean -- I probably shouldn't say that

25  really.                                              11:45:21

Page 59

```
 1        Q   Well, we're entitled to get that

 2   information.

 3        A   Well, it's confidential under the

 4   settlement agreement.

 5        Q   But Perfect 10 received no money is what      11:45:27

 6   you're saying?

 7        A   Yes, we voluntarily dismissed that case

 8   without payment.

 9        Q   Are there any other outstanding unresolved

10   threats of litigation by Perfect 10?                   11:45:47

11        A   I -- again, aside from DMCA notices that

12   have been sent in the past, no.

13        Q   Are there any outstanding unresolved

14   demands for payment by Perfect 10 to anyone?

15        A   No.                                           11:46:12

16        Q   Do you understand Perfect 10 now to have

17   copyright claims against others that can be asserted

18   in court?

19        A   At this exact point in time, my

20   interpretation would be that we do, but, you know,    11:46:38

21   it's from a practical standpoint.  We can't really

22   assert those claims.

23        Q   What are the largest claims that you

24   believe that Perfect 10 has against others at the

25   moment?                                                11:46:54
```

Page 60

```
 1    assistance.  You would, you know, have the cost of

 2    copyrighting the material.  But those are the direct

 3    costs.  But then obviously you're running an

 4    operation where you have employees that you have to

 5    pay to accomplish the ultimate creation of the          12:06:03

 6    pictures.  So there are a lot of indirect costs

 7    that, in my mind, you can't -- you can't create the

 8    film without paying for a lot of other things.  And

 9    that's where the  $53 million comes into play.  And

10    maybe that's the wrong number.  Maybe it's 35          12:06:30

11    million.  But what it is, it's substantially more

12    than the cost of just the models and the location

13    fees and whatever.

14        Q   So what are some of the indirect costs that

15    went into the costs of Perfect 10's generating its     12:06:41

16    own copyrights?

17        A   I mean, I would say, you know, you've got

18    payroll.  You've got insurance.  You've got

19    electricity.  You've got, you know, any rent, if

20    there is any, for the offices.  It's kind of the       12:07:01

21    typical -- it's kind of the typical array of costs

22    of running a business.

23        Q   Let me ask you to turn to the page with

24    Bates number that ends 9686.  And there's a listing

25    of expenses that covers much of the page, correct?     12:07:58
```

Page 73

```
 1        A    Yes.

 2        Q    Looking at the 2013 column, please --

 3        A    Yes.

 4        Q    -- please identify those expenses that

 5   contributed to -- let me preface this.  In 2013 --      12:08:15

 6   strike the previous discussion.

 7             In 2013, did Perfect 10 generate any of its

 8   own images?

 9        A    Looks like we did.  Because I see a $69,000

10   photography charge there.                                12:08:46

11        Q    Okay.

12        A    Yeah, we did.  We were shooting some.  Not

13   a ton, but we were shooting some in 2013.

14        Q    So looking at that column for 2013 on page

15   9686, which of those expenses did you understand to       12:08:59

16   relate to the creation of Perfect 10's copyrighted

17   material that it generated that year?

18        A    I would say most of them.  I mean, you

19   can't -- you can't get the film without paying for

20   electricity, hiring lawyers, you know, paying for         12:09:26

21   telephone expenses.  I mean, you know, you've got to

22   do those things to create the film.

23        Q    In 2014, however, Perfect 10 didn't create

24   new copyrighted images of its own, correct?

25        A    That's correct.  It looks that way, yeah.       12:09:46
```

Page 74

```
 1        Q   So what copyright generation related

 2   expenses does the 2013 column reflect that don't

 3   exist in the 2014 column or exist in different

 4   amounts?

 5        A   Well, now you're talking about continuing    12:10:09

 6   to run the business, you know.  We had -- we were

 7   getting crushed financially and so -- but we still

 8   had -- I still had to pay people, you know, at least

 9   one employee, maybe more.

10        I mean, a lot of this stuff is litigation        12:10:29

11   expenses, but that's part, in my mind.  Of

12   protecting your copyrights.  I mean -- you know, so

13   part of the expense is legal expense and protecting

14   your copyrights.  Otherwise they're not going to be

15   worth anything.                                       12:10:48

16        Q   But the 2014 numbers include no amounts for

17   creating Perfect 10's own copyrighted material,

18   correct?

19        A   It looks that way.  But as I said before,

20   you know, from 2013, you know, as well as we filed a  12:11:01

21   lawsuit against your clients, which we were

22   obligated to continue to pursue in 2014, and that

23   lawsuit was designed, in part, to protect our

24   copyrights.  So it's an indirect cost of doing

25   business and creating copyrights.                     12:11:20
```

Page 75

```
 1    capital for Perfect 10?

 2        A   It's been money that I contributed to the

 3    company.

 4        Q   Were there any other sources of that

 5    paid-in capital?                                    12:40:14

 6        A   I can't recall any.

 7        Q   Have there ever been other investors in

 8    Perfect 10 apart from yourself?

 9        A   Not to my recollection.

10        Q   Ever any other shareholders, to your        12:40:26

11    knowledge?

12        A   No.

13        Q   Has Perfect 10 ever obtained loans from any

14    person or entity other than yourself?

15        A   No.                                         12:40:46

16        Q   Let's go to the next page, please, 9685.

17    Please, I'm going to ask you to take me through a

18    number of these items.

19            Under "Ordinary Income/Expense," there's a

20    heading "Income" and subheading "Internet."  What   12:41:29

21    does that represent?

22        A   I guess that's the money that we collected

23    from Perfect10.com.

24        Q   And through what channels does that money

25    reach Perfect 10?                                   12:41:49
```

Page 86

```
 1          A    It starts with Epoch, and then they either

 2     send us checks and -- I mean -- so that's how it

 3     gets there.

 4          Q    E-P-O-C-H.

 5               Does the money come from any sources --    12:42:05

 6     strike that.

 7               Does the money come from any channels other

 8     than Epoch?

 9          A    For the Internet, I don't believe so.

10          Q    And the money comes from Epoch only by way   12:42:17

11     of physical checks, you say?

12          A    I think they're physical checks, yes.  I

13     know there's a PayPal account, but I think it's

14     probably related to Epoch.  I think.

15          Q    You think the PayPal account is related to   12:42:36

16     Epoch?

17          A    Yeah, but I don't know.  I'm not sure,

18     though.

19          Q    What does the next line "Sales" represent?

20          A    That would be sales of back issues,         12:42:46

21     T-shirts, whatever.

22          Q    What inventory does Perfect 10 maintain of

23     back issues and other product?

24          A    As of right this minute?

25          Q    Yes.                                        12:43:02
```

                                                   Page 87

1        A    It does not have any inventory.

2        Q    How does it come up with items to sell?

3        A    Well, basically, I purchased the magazines

4    from Perfect 10, I think somewhere in late March,

5    and so I'm basically providing the magazines to              12:43:16

6    Perfect 10, but we're not selling a lot of them.

7    But the ones we're selling, I'm providing to

8    Perfect 10.

9        Q    You said that occurred in March?

10       A    Yeah, late March.                                    12:43:29

11       Q    2015?

12       A    2015.

13       Q    What -- tell me more about that purchase.

14   What was included in that purchase?

15       A    I purchased -- there were two different             12:43:43

16   purchases.  One was for 50,000, the other was for

17   20,000.  And what I purchased was the car, the

18   furniture, the magazines, the computer servers, and

19   any other miscellaneous -- T-shirts and whatever.

20       Q    What documents exist for that -- for those          12:44:05

21   purchases?

22       A    There are corporate minutes.

23       Q    Anything apart from corporate minutes?

24       A    There would be two entries in the Bank of

25   America bank account showing a wire of 50,000 and         12:44:28

Page 88

1   20,000.  One was on March 26th and one was on

2   April 1st.  I don't remember which date and which

3   number it was, but those were the dates when the

4   wires were made.

5       Q   And what was the car that you purchased?        12:44:43

6       A   2009 Lexus.

7       Q   And what was the furniture you purchased?

8       A   I think my desk.  You know, there are a

9   couple of other desks around the house.

10      Q   Anything else?                                   12:45:01

11      A   I guess the couch.

12      Q   Anything else?

13      A   There might have been a couple of beds.

14      Q   What else?

15      A   I cannot think of anything besides that.        12:45:15

16      Q   And what was the stock of magazines that

17  you purchased?

18      A   There were 3,000 or 4,000 magazines that we

19  had kept.

20      Q   Anything else?                                   12:45:31

21      A   When you say anything else --

22      Q   Within the category of magazines.

23      A   Well, whatever calendars we had, and there

24  were very few of those.  That's pretty much it on

25  the magazine side.                                       12:45:53

Page 89

1    Q   So the 3,000 to 4,000 magazines you were

2    referring to were essentially back issues?

3    A   Yes.

4    Q   And calendars were back issues of calendars

5    from earlier years, presumably?                    12:46:06

6    A   Yes.

7    Q   What computer servers did you buy?

8    A   Our main computer server.  There might have

9    been a couple of desktops here and there.

10   Q   What else in computing equipment?            12:46:34

11   A   That's -- I'm trying to think if there was

12   anything else.  I guess printers.

13   Q   What about monitors?

14   A   Well, that would be part of the computer,

15   in my mind.  You know, keyboard, monitor, computer.   12:46:56

16   Q   What about storage media on which the

17   company stored its records?

18   A   Well, that would be part of the computers.

19   Normally the computer has its own hard drive.  I

20   think there was only one external drive that I can    12:47:30

21   think of.  But now that I think about it, there are

22   some old -- there were some old drives that we have

23   that would have been included.

24   Q   Does this include the computer servers that

25   operate the Perfect 10 website?                    12:47:55

Page 90

1        A    No.   Those are not our computers.   Those

2    are not our servers.

3        Q    But you did personally acquire servers, not

4    just desktop computers?

5        A    I'm not sure exactly what the difference          12:48:11

6    is, but we acquired the computers that were

7    purchased by Perfect 10 that were used for Perfect

8    10's operation.

9        Q    How did the -- how did Perfect 10 determine

10   the appropriate sales price of those materials when     12:48:41

11   you purchased them?

12       A    Well, for the car, I looked up the value on

13   the Internet and it looked like it was about 30,000.

14   The magazines on -- we actually previously sold back

15   issues for 10 cents apiece, but I assumed they were     12:48:57

16   worth about $2 apiece times 4,000.   And the rest of

17   the furniture and the computers I viewed as -- so

18   subtract -- so 32,000 for the servers, which I

19   didn't feel were worth that much.   And the few

20   printers we had and -- there really was very little     12:49:23

21   furniture.

22       Q    To whom had Perfect 10 sold back issues for

23   10 cents apiece?

24       A    I don't remember the parties, but I know

25   that when we were in Beverly Park, we had maybe         12:49:38

                                                    Page 91

1   30,000 copies of Perfect 10 that we couldn't store.

2   It was too expensive.  And the only people that were

3   willing to buy them in bulk would only pay us

4   something like 10 cents apiece.

5       Q    Who was that, do you recall?          12:49:55

6       A    I don't remember who that was.

7       Q    Then you mentioned merchandise like

8   T-shirts, correct?

9       A    Yeah, we had very little of that.  But

10  yeah.                                          12:50:07

11      Q    What other items did you purchase from

12  Perfect 10 in March 2015?

13      A    Well, it was basically any hard asset other

14  than slides and things like that.  So I think I

15  pretty much enumerated them.                   12:50:30

16      Q    Where does Perfect 10 maintain its

17  photographic slides?

18      A    They're in our basement.

19      Q    On Norfield Court?

20      A    Yes.  A lot of film is not in slides,   12:50:49

21  though, because it was purchased electronically, but

22  the ones that we have would be in Norfield Court.

23      Q    Where does Perfect 10 maintain its

24  electronic images?

25      A    Well, they would be on our servers.     12:51:05

Page 92

1       Q    So they're now your personal property?

2       A    Well, the servers are my personal property.

3    The images are not -- I mean, in other words, the

4    copyright of the images are not my property, just

5    the servers.                                        12:51:27

6       Q    Does Perfect 10 still maintain any physical

7    property in which original images are stored?

8       A    Well, the slides and the videos.

9       Q    And where are the slides and videos?

10      A    They're in the basement of 11803 Norfield    12:51:59

11   Court.

12      Q    But are they on your servers?

13      A    Some of them probably are.  But, again,

14   that would just be an electronic copy.  That would

15   not be the physical item.                           12:52:15

16      Q    Right.  But there are some -- there's some

17   images that Perfect 10 owns the copyrights to that

18   are only in electronic versions, correct?

19      A    Yes.

20      Q    Does Perfect 10 have physical possession of   12:52:27

21   all the electronic images that it owns?

22      A    Well, I don't know.  I mean, if the

23   servers -- if I purchased the servers, and the

24   servers were the only location that had the images,

25   then -- but the website, you know, I mean, has the    12:52:54

Page 93

```
 1    images, and that was not purchased.  So I think you

 2    would -- I mean, I think we would obviously make

 3    available copies of the images, should that be

 4    ordered by a court, but I don't -- you know, I think

 5    I've explained the situation.  We -- the purchase of    12:53:26

 6    the servers was done because there's a lot of other

 7    material on the servers besides just the images.

 8    So, you know, we would make all of those available

 9    if the court ordered that.  That's the best way I

10    can put it.  The images that are in current use are    12:53:47

11    on the website, and that is in Perfect 10's

12    possession.

13         Q    Are the images on Perfect 10's website the

14    exact same resolution as the images on the servers

15    that you acquired?                                      12:54:03

16         A    I would assume so, yeah.

17         Q    Who would know?

18         A    I mean, nobody that works for Perfect 10

19    would know now.  I mean, you would do a -- you would

20    do a -- I believe it's -- in other words, what is on    12:54:14

21    the website is what was on the servers, to the best

22    of my knowledge.

23         Q    Are the -- I'm not familiar with Perfect 10

24    having high resolution, which is on the website,

25    does it?                                                12:54:35
```

Page 94

```
 1        A    Yes.

 2        Q    Which of those employees also resided or

 3   have resided at Norfield Court any time in the last

 4   three years?

 5        A    Jocelyn Binder, Melanie Poblete, Wendy       01:15:40

 6   Augustine.  And Sheena I think resided there too for

 7   a while.

 8        Q    And for what periods of time did each of

 9   them reside starting in 2014?

10        A    Starting in 2014?                            01:16:01

11        Q    From 2014 to now.  How much time did each

12   person reside?

13        A    Melanie I think was there the whole time.

14   And Gwen has been there some of the time.  I don't

15   remember exactly when Jocelyn left.  She might have   01:16:16

16   been there part of 2014.

17        Q    And Ms. Chou left before 2014?

18        A    I don't -- I think she might have been

19   there for part of 2014.  I don't, frankly, remember

20   that one.                                             01:16:31

21        Q    Has anyone else lived at the Norfield Court

22   address --

23        A    Well, they didn't live there, but the two

24   attorneys were there a lot of the time.  But they

25   didn't live there.                                    01:16:41
```

Page 108

```
 1        Q    Did anybody else other than Ms. Binder,

 2   Ms. Poblete, Ms. Augustine, and Ms. Chou live at

 3   Norfield Court since Perfect 10 moved to Norfield

 4   Court?

 5        A    There was another girl, Lauren Gardner, but   01:16:55

 6   she -- actually, she did a little bit of work for

 7   Perfect 10 too, now that I think about it.

 8        Q    What did she do for --

 9        A    It was legal.

10        Q    Paralegal work?                              01:17:06

11        A    Yeah.  I mean, there could be -- you know,

12   burning infringements, stuff like that, you know.

13        Q    Now, Perfect 10, you said -- well, strike

14   that.

15             I believe that Perfect 10 had storage media  01:17:34

16   on which it stored alleged infringements that it

17   found on the Internet, correct?

18        A    Yes.

19        Q    What media did it store those alleged

20   infringements on?                                      01:17:56

21        A    Well, it would have been on the main

22   servers, but it would have also been on some

23   separate drives, separate external drives, so there

24   would have been a backup copy.

25        Q    Were all those servers and external drives   01:18:18
```

Page 109

1       among the items that you purchased in March --

2           A    Yes.

3           Q    -- 2015?

4           A    Yes.

5           Q    What was the business rationale for                01:18:29

6       Perfect 10 selling all those items to you in your

7       personal capacity?

8           A    Well, the business was that they were

9       basically worth very little, I mean, in the sense

10      that like the couch in my house, okay, so it would     01:18:55

11      have been -- you know, it would have been very

12      disruptive to have that couch seized and, you know,

13      I paid what I thought was a reasonable price for it.

14      It's probably worth 2,000 or 3,000.

15          For the servers, we had all sorts of              01:19:16

16      confidential information on there.  It would have

17      been totally disruptive to have those seized.  For

18      the magazines, it would have completely destroyed

19      any opportunity for Perfect 10 to ever make a

20      recovery, because we wouldn't have any back issues    01:19:32

21      to sell.  So whereas they were probably worth 10

22      cents a copy to a third-party purchaser, they're

23      worth more than that to Perfect 10, and I figured

24      they were probably worth roughly $2 a copy.

25          Q    And what about other items that you          01:19:49

Page 110

1    purchased from Perfect 10?

2         A    It would have been highly disruptive for me

3    to have my desk seized from my office.   I paid what

4    I felt was more than a fair price for that.   I don't

5    think people would have paid hardly anything for it.   01:20:08

6         Q    Did Perfect 10 ask anybody to evaluate the

7    assets that you purchased?

8         A    No.

9         Q    Going back to 9685, there's a line for

10   repairs and maintenance.   What were those for, do      01:21:08

11   you know?

12        A    Well, that's for -- you know, we have a --

13   that number seems low.   That would have been for our

14   tech guy.   So I'm not sure why that number is so

15   low.   Because I think we're paying him at least -- I   01:21:24

16   mean, at least 10,000 to 15,000 for Perfect 10 work,

17   so I don't know why that number is so low.

18        Q    That number is for outside services, the

19   19,000 figure?

20        A    I don't know.   Maybe part of that is in     01:21:44

21   there.

22        Q    What was the telephone expense for?

23        A    Well, we're -- we have lines to conduct the

24   business.

25        Q    What use of the telephone does Perfect 10    01:21:52

                                                    Page 111

```
 1   make in its current operations?

 2        A   I would say it was mostly Perfect 10

 3   expenses.  Because I really don't talk to anybody

 4   about anything.

 5        Q   I'm trying to think of what Perfect 10 did      01:22:08

 6   over the telephone that generated such a high

 7   expense, given its state of operations in 2014?

 8        A   Well, I mean, I assume that telephone

 9   expense included the wiring for our Internet access.

10   I'm not positive, but -- all I can tell you is I      01:22:25

11   didn't create this thing.  I really had no

12   involvement in it, but I don't think that number

13   looks high to me.  I mean, we had a bunch of

14   different lines.  Each lawyer had a line.  Mel had a

15   line.  I had a line, so -- you know, and it adds up.    01:22:45

16        Q   Did Perfect 10 have company cell phones?

17        A   I don't think so.

18        Q   Who uses the number (310) 476-0700?

19        A   Perfect 10.

20        Q   Okay.                                          01:23:29

21        A   I mean, I obviously use it a little bit

22   too, but I would say the primary use is Perfect 10.

23        Q   And what were the utilities for under the

24   expense?

25        A   I assume it would be electrical, heating.      01:23:50
```

1    Maybe there's a little bit of water in there.

2         Q    And the number below under "Confidential

3    Settlement," what does that represent?

4         A    Well, that represents the totality of the

5    confidential settlements that Perfect 10 achieved in    01:24:13

6    2014.

7         Q    And what did Perfect 10 do with the money

8    that came in under those settlements?

9         A    Some of it went to pay expenses.  And I

10   know that I took out some of that money, you know,    01:24:30

11   as payment to me for the $53 million I invested in

12   the business, and the fact that I never even took a

13   salary from Perfect 10 in the course of the 18 years

14   I operated the business.

15        Q    Do you know how much money you deducted    01:24:45

16   from your personal taxes based on Perfect 10's

17   losses as an S Corp.?

18             MR. MICKELSON:  I think I might object to

19   that.  You're asking him about his personal tax

20   deductions.  Explain why that's relevant to    01:25:13

21   Perfect 10.

22             MR. BRIDGES:  Well, because the perennial

23   Perfect 10 losses as a corporation had a direct and

24   material personal benefit to him based on choices in

25   structuring Perfect 10 and choices in incurring    01:25:36

                                        Page 113

```
 1    expenses of Perfect 10.  And allocating certain

 2    things to expenses.

 3            MR. MICKELSON:  I think that's another

 4    thing we'll have to take before the judge, his

 5    personal deductions on his own personal tax returns.   01:25:53

 6            MR. BRIDGES:  I'll ask you to mark the

 7    transcript, then.

 8            THE WITNESS:  I'd like to also point out

 9    that that number is in their possession.  Because

10    they have all the Perfect 10 tax returns.  I think    01:26:10

11    you have my tax returns too.

12    BY MR. BRIDGES:

13        Q   I don't think we have your personal tax

14    returns.

15        A   You got a fair number of them.  And you can   01:26:18

16    see the extent to which those losses were deducted.

17            MR. MICKELSON:  Do they have 2014?

18            THE WITNESS:  Well, 2014 was not a losing

19    year, so it wouldn't apply.  And I don't think 2013

20    was a losing year either.                             01:26:39

21            MR. MICKELSON:  If you have already

22    produced something to them, and they have it, and

23    he's asking about it, then it's already been

24    produced and there's no problem about answering it

25    now.  So whatever you believe.                        01:26:50
```

Page 114

1          Q    Were all of the other -- who were all of

2     the other medical expense payments on behalf of?

3          A    I believe it would be the Perfect 10

4     employees.

5          Q    Perfect 10 employees?                    02:32:18

6          A    Uh-huh.

7          Q    Including yourself?

8          A    I am not sure about myself.  Probably, but

9     I'm not sure about it.

10         Q    What was the arrangement by which Perfect  02:32:28

11    10 was paying medical expenses for yourself and your

12    staff?

13         A    I think it's pretty standard, isn't it, if

14    you're an employee of a corporation, the corporation

15    pays for medical expenses.                          02:32:39

16         Q    Not any corporation I've ever been a part

17    of.

18         A    I don't know about your corporations, but I

19    think it's pretty standard for corporations to pay

20    insurance premiums for employees.                   02:32:52

21         Q    I'm not referring to insurance premiums.

22    I'm referring to Saul Rosoff, R-O-S-O-F-F, M.D.,

23    Victor Pineski, D.D.S., Howard Mandel --

24         A    I don't think it's unusual at all for a

25    corporation to pay the medical expenses of its     02:33:11

                                              Page 126

```
 1   employees that are not covered by insurance.

 2        Q   Which Perfect 10 employees are not covered

 3   by insurance?

 4        A   What I said was to pay the medical expenses

 5   that are not covered by insurance.  I think it's        02:33:23

 6   pretty standard for a corporation to pay those

 7   medical expenses.  And that's what those payments

 8   reflect.

 9        Q   So for which employees were they?

10        A   I would assume it was myself and Melanie        02:33:35

11   Poblete, but there might have been a Wendy Augustine

12   in there.  I don't know.  Unfortunately, I can't

13   tell you, looking at this, exactly what that was.

14        Q   Do you have a written employment contract

15   with Perfect 10?                                         02:33:53

16        A   I don't recall one, no.

17        Q   Are there any directors or officers of

18   Perfect 10 other than yourself?

19        A   No.

20        Q   What other assets of any sort has Perfect      02:34:18

21   10 sold in the past three years?  Apart from the

22   assets that you purchased in March of 2015.

23        A   I don't think there were any.

24        Q   Did Perfect 10 ever advertise any property

25   for sale or seek bids?                                   02:34:41
```

Page 127

1       A    Well, when we sold the house in 2009 -- the

2   house was put up for sale in late 2008 or early

3   2009.

4       Q    When you refer to the house, that's the

5   house on Beverly Park?                               02:35:01

6       A    Yes.

7       Q    Perfect 10 had title to that house?

8       A    I believe so, yes.

9       Q    At the time of the sale, what was the

10  existing mortgage on the house?                      02:35:11

11      A    I think it was $10 million.

12      Q    Who was the mortgagor on that?

13      A    I don't remember.

14      Q    What was the net sales price after

15  commission on the house?                             02:35:34

16      A    After commission?  It was probably around

17  16 million, maybe a little bit -- let me think about

18  that.  It was probably about 15.7 maybe, 15.6.

19      Q    And that was in 2009?

20      A    No.  The house was actually finally sold in   02:35:52

21  2010.

22      Q    And so what were the total net proceeds to

23  Perfect 10 after paying off the mortgage and paying

24  the commission?

25      A    I imagine it was whatever the number I just   02:36:11

Page 128

```
 1    gave you minus 10 million, but that's just the first
 2    thought.  I don't know if there was anything else
 3    that might have -- might have been involved there.
 4         Q    So the net proceeds were about 5.6 or 5.7
 5    million?                                          02:36:39
 6         A    I'm not sure if that's correct.  It might
 7    have been -- for some reason, I remember four or
 8    something.  I don't remember exactly what amounts
 9    were -- but it's in that general range.
10         Q    And what happened to that money?        02:36:52
11         A    I was paid that money to offset part of the
12    $53 million that I had invested in the company and
13    as well as the monies that I had invested to build
14    the Beverly Park property.
15         Q    Did that get reflected in any reduction in  02:37:08
16    the amount of paid-in capital shown in Perfect 10's
17    financial statements?
18         A    Yes.  I believe it was somewhere four point
19    some plus million.
20         Q    Because I think the current financial     02:37:32
21    statements show 53 million, does it not?
22         A    Right.  But it was 57 million prior to the
23    house being sold.  So the paid-in capital was
24    reduced by at least 4 million.  I don't remember the
25    exact numbers there.                              02:37:48
```

Page 129

```
 1          Q    Who owns the property at Norfield Court?

 2          A    I do.

 3          Q    Do you own it personally or does a trust

 4     own it?

 5          A    No, I own it personally.                02:37:58

 6          Q    Has Perfect 10 paid you rent?

 7          A    I'm not sure.  I would have to -- you know,

 8     Perfect 10 doesn't have any money anymore,

 9     obviously, so it couldn't pay rent.  I don't know

10     how Bruce handled that.                           02:38:18

11          Q    In the financial statements for 2014, do

12     you see any rent item that I've missed?

13          A    I don't.  But, again, you know, I was not

14     really -- I was very minimally involved in the

15     creation of these statements.                     02:38:45

16          Q    Since selling the Beverly Park property,

17     has Perfect 10 occupied any real property?

18          A    Well, it's occupied Norfield to a modest

19     extent.

20          Q    Any real property apart from that?       02:39:05

21          A    Occupied real property?  I mean, do you

22     mean something other than a house?

23          Q    Well, it could include a house, it could

24     include an apartment, it could include a

25     condominium, it could include a warehouse.        02:39:24
```

Page 130

```
 1    average?  I mean, I'd be speculating.  Do you want

 2    me to speculate?

 3         Q    I'd like your best estimate.

 4         MR. MICKELSON:  You can estimate.

 5         THE WITNESS:  I spent quite a bit of time     03:08:58

 6    on the appeal.  And how much time have I spent on

 7    the appeal?  I mean, maybe 40 to 50 percent of my

 8    time.  That's a ballpark estimate.

 9    BY MR. BRIDGES:

10         Q    And what else do you do for Perfect 10    03:09:23

11    apart from the GigaNews case?

12         A    2015 has been an unusual year because there

13    really hasn't been pretty much anything else going

14    on.  There was a little bit work for AOL.DE.  I

15    mean, obviously I have to review a tax statement.  I   03:09:57

16    mean, there's not been too much else outside of

17    litigation, because we haven't been producing any

18    new film.

19         Q    And so far in 2016, what have you done for

20    Perfect 10?                                          03:10:13

21         A    Again, it would be anticipating your

22    opposition, so I've spent a little bit of time, you

23    know, working on that.  Pretty much that's it.

24         Q    Have you done any work for Perfect 10 other

25    than the GigaNews litigation related work in 2016?   03:10:29
```

Page 149

```
 1        A    Aside from sending out a DMCA notice, no.

 2        Q    Let's switch gears a bit here.

 3             This is Exhibit 4.

 4             (Exhibit 4 was marked for

 5             identification by the court reporter        03:12:03

 6             and is attached hereto.)

 7   BY MR. BRIDGES:

 8        Q    Do you recognize Exhibit 4 Mr. Zada?

 9        A    Looks like a Bank of America statement.

10        Q    Is this a document I think that Perfect 10    03:12:12

11   produced in response to the subpoena, correct?

12        A    Yes.

13        Q    It's in Perfect 10's possession, correct?

14        A    Yup.

15        Q    There's a withdrawal on November 20, 2014.   03:12:28

16   It's an online banking transfer CHK 0277 in the

17   amount of $850,000.

18             Do you see that?

19        A    Yes.

20        Q    Is that to your personal account?            03:12:51

21        A    Yes.

22        Q    Do you share that account with anyone else?

23        A    No.

24        Q    That's a personal account you have at Bank

25   of America?                                            03:13:03
```

Page 150

1      A    Correct.

2      Q    At the same branch as your Perfect 10

3   account?

4      A    I think it's the same branch.

5      Q    What did that -- what prompted that          03:13:09

6   transfer of $850,000?

7      A    Well, I had been -- you know, we had gotten

8   a significant amount of settlements in 2014.  We had

9   a settlement of $1.1 million in, I believe, June.  I

10  was entitled to that money.  And after the summary     03:13:35

11  judgment orders were issued, I did not see any point

12  in keeping more cash than we needed in the account.

13          Now, of that $850,000, about 500,000 to

14  550,000 was put back into the account in 2015.

15     Q    And when you're referring to the summary       03:14:01

16  judgment orders, you're referring to the summary

17  judgment orders in the GigaNews case?

18     A    Yes.

19     Q    About six days before that transfer?

20     A    Well, it was shortly before.  I don't          03:14:20

21  remember the exact date.

22     Q    And you said that you were entitled to that

23  money?

24     A    Yeah.  I had put 53 million into the

25  account.  I had been instrumental -- I was planning    03:14:31

Page 151

```
 1    on removing the money, but the summary judgment

 2    orders prompted me to take it out in one sum instead

 3    of just taking it out more slowly.  But, as I said

 4    before, about 500,000 to 550,000 was put back into

 5    the account in 2015.                              03:14:49

 6         Q    For what purpose was the money put back

 7    into account in 2015?

 8         A    To pay legal bills primarily.

 9         Q    How much is in the Bank of America account

10    today?                                            03:15:01

11         A    Very close to zero, because I believe your

12    company has been attaching it.  I mean, your clients

13    have been attaching the account.  So any monies that

14    were there have been removed.

15         Q    They were not removed as a consequence of  03:15:15

16    the attachments, correct?

17         A    No.  They were -- your company took

18    whatever was in the account, and I have had to add

19    additional monies to the account to cover additional

20    expenses, you know, after your defendants started   03:15:32

21    removing all of the money from the account.

22         Q    I think we levied $600.

23         A    I don't know what it was.  I don't recall

24    you taking a lot.

25              The fact of the matter is that whatever    03:15:58
```

Page 152

```
 1    would have been there -- the account has had very

 2    little money since sometime in early 2015, maybe mid

 3    2015.  I have had to put money back in to the tune

 4    of 500,000 to 550,000 to pay legal bills.

 5         Q    And you've put that money into the Bank of     03:16:18

 6    America account?

 7         A    Yes, I did.

 8         Q    And you're paying legal bills out of the

 9    Bank of America account?

10         A    I have been paying legal bills out of Bank    03:16:26

11    of America in most cases.  Sometimes I've sent the

12    money personally directly.  Sometimes I put the

13    money in the account and then pay the money out of

14    the account.  I would say 400,000 to 450,000 was put

15    into the account, and then paid out of the account.   03:16:43

16         Q    So who did Perfect 10 pay the money to in

17    2015?

18         A    I paid the money to Jenner & Block, to Peg

19    Toledo, to Irell & Manella, to -- did I say Jenner &

20    Block?                                                 03:17:10

21         Q    Yes.

22         A    To David Schultz.  To Eric Benink.  And to

23    my colleague here, Matthew Mickelson.

24         Q    How much money did Perfect 10 pay to Jenner

25    & Block?                                               03:17:24
```

Page 153

```
 1        A    It was about $59,000.

 2        Q    How much to Peg Toledo?

 3        A    I don't know the exact number.  The bank

 4   statements would show.  I think it was around

 5   60,000.                                             03:17:35

 6        Q    How much to Irell & Manella?

 7        A    25,000.

 8        Q    How much to David Schultz?

 9        A    I'm guessing 80,000 to 100,000, but, again,

10   these are all approximations.  You'd have to look at  03:17:44

11   the bank statements.

12        Q    And how much went out to Eric Benink?

13        A    I don't know.  20,000 or 30,000.  It was

14   less than the others.

15             MR. BRIDGES:  The next exhibit is No. 5.    03:19:00

16             (Exhibit 5 was marked for

17             identification by the court reporter

18             and is attached hereto.)

19   BY MR. BRIDGES:

20        Q    Do you recognize this document?            03:19:09

21        A    Yes.

22        Q    What is it?

23        A    Bank of America statement.

24        Q    For Perfect 10, correct?

25        A    Yes.                                        03:19:16
```

                                                    Page 154

1    Q    It's from Perfect 10's records, correct?

2    A    Yes.

3    Q    On October 7, page 3 of the exhibit,

4    there's an online banking transfer of $100,000,

5    correct?                                           03:19:28

6    A    Correct.

7    Q    That was also to your account, correct?

8    A    Yes.

9    Q    What's the full account number of your

10   personal account?                                 03:19:44

11   A    I don't know what it is offhand.

12   Q    Do Perfect 10 employees go to the bank to

13   make deposits to your personal account?

14   A    I don't recall any such activity, but I

15   can't say it didn't happen ever in the past.      03:20:05

16        MR. BRIDGES:  Next one is Exhibit 6.

17        (Exhibit 6 was marked for

18        identification by the court reporter

19        and is attached hereto.)

20   BY MR. BRIDGES:                                    03:21:04

21   Q    Can you please identify Exhibit 6.

22   A    I think it's another Bank of America

23   statement.

24   Q    Perfect 10 Bank of America statement from

25   Perfect 10's records, correct?                     03:21:12

                                              Page 155

1    A    Yes.

2    Q    There is a transfer on March 26th in the

3    amount of $454,002.05.

4         Do you see that?

5    A    Yes.                                          03:21:45

6    Q    What was the purpose of that transfer?

7    A    If we agree I'm not waiving attorney-client

8    privilege, I will answer that question.

9    Q    Okay.

10   A    Your clients were going after the Perfect      03:21:57

11   10 attorneys for -- I think it was something like

12   $796,000.  And Eric Benink was concerned that, you

13   know, if you had been successful, that would have

14   caused damage to his business.  So he asked me to

15   wire to him something like $800,000.  454,000 was    03:22:20

16   essentially a short-term loan to Perfect 10, which

17   was then sent to Eric Benink, and the other 300,000

18   or so I sent personally to him.

19   Q    Because it looks as though -- I'm sorry --

20   the next day there's a transfer out to his firm in   03:22:45

21   that amount of money, correct?  Next page, March 27.

22   A    Yeah.  Okay.

23   Q    Exhibit 7 is another statement from Bank of

24   America for Perfect 10 from Perfect 10's records,

25   correct?                                             03:23:27

Page 156

1      A    Yes.

2           (Exhibit 7 was marked for

3           identification by the court reporter

4           and is attached hereto.)

5    BY MR. BRIDGES:                                    03:23:32

6       Q   There's an entry for -- on May 12, 2015,

7    correct?

8       A   Yes.

9       Q   What was that for?

10      A   Well, apparently, to the best of my        03:23:45

11   recollection, your motion for sanctions against the

12   attorneys was denied by magistrate Judge Hillman,

13   and so there was no need for the security, if you

14   will, to Eric Benink, so he deducted whatever his

15   legal bill was for the month from the 454 and sent  03:24:06

16   me back the balance, 433.  Or sent it to Perfect 10

17   and then I the next day removed the original

18   short-term loan of 454,000 on May 13th.

19      Q   And then on May 13th on the next page, you

20   then returned that money to your personal custody,  03:24:32

21   correct?

22      A   Yes, uh-huh.  I returned the short-term

23   loan.

24      Q   And also the next item there looks like a

25   payment to American Express.  Is that for an account  03:24:55

```
 1    in your name it looks like?

 2         A    I don't remember if the account has both my

 3    name and Perfect 10's name on it or just my name,

 4    but, yes, there's a payment to American Express,

 5    yes.                                               03:25:15

 6         Q    Do you carry only one American Express

 7    card?

 8         A    I think so, yes.

 9         Q    And the next entry there is an entry paid

10    to State Farm identifying that payment somehow with  03:25:24

11    you, Norman Zada, correct, $1435?

12         A    I'm not sure what that State Farm payment

13    is for.  It could be to insure Perfect 10's

14    property.  I just don't remember.

15         Q    It may match up with the earthquake        03:25:52

16    insurance that we saw earlier.

17         A    I'm not sure.

18         Q    Exhibit 8 is yet another bank statement

19    from Bank of America for Perfect 10 from Perfect

20    10's records, correct?                              03:26:45

21         A    Correct.

22              (Exhibit 8 was marked for

23              identification by the court reporter

24              and is attached hereto.)

25    ////
```

```
 1    BY MR. BRIDGES:

 2        Q   And these show -- looks like it's correct

 3    on page 3, five online -- sorry, six online

 4    transfers from your personal account to Perfect 10,

 5    correct?                                          03:26:58

 6        A   Right.

 7        Q   Under "Withdrawals," there's an item that

 8    says, "Time Insurance," and it identifies the name

 9    Melanie Poblete.  Do you know what that was for?

10        A   Maybe it's her health insurance.         03:27:14

11    Unfortunately, I don't know.

12        Q   And then there are payments out to Toledo

13    Don, David Schultz, Jenner & Block, Crousecal Filan,

14    and Toledo Don again, correct?

15        A   Yes.                                       03:27:38

16        Q   And two more American Express payments as

17    of September 23, correct?

18        A   Yes.

19        Q   And there's a payment -- that's the German

20    firm handling your --                             03:27:52

21        A   The AOL.DE, that's correct.

22        Q   That's September 24, correct?

23        A   I believe that's a payment to the AOL, the

24    firm handling the AOL.DE.

25        Q   Exhibit 9 is another bank statement for    03:28:04
```

Page 159

1    America, right?

2        A    Oh, okay.

3        Q    So do you to this day have a personal

4    account at Wells Fargo Bank?

5        A    No.  What my testimony was was that          03:57:29

6    sometime -- and now I realize it was in 2012, it may

7    have been early 2013 -- the bank accounts were

8    transferred from Wells Fargo to Bank of America.

9    Exhibit 12 shows a transfer of -- at 8/21/2012 of

10   100,000 from the Perfect 10 account to the Norm Zada   03:57:52

11   account at Wells Fargo.

12       Q    At Wells Fargo?

13       A    Yes.  This other thing was 2015 Bank of

14   America.

15       Q    So at the time of Exhibit 12 when Perfect     03:58:02

16   10 had a bank account at Wells Fargo, you personally

17   had a bank account at Wells Fargo, correct?

18       A    Yes.  And it was the 08142905 account.

19       Q    Did you close both your personal and the

20   Perfect 10 Wells Fargo accounts and move them both     03:58:22

21   to Bank of America at the same time?

22       A    I believe so.  I mean, I'm not a hundred

23   percent sure.  I'm not sure there's not a tiny

24   amount in Wells Fargo.  But I haven't seen a

25   statement for any Wells Fargo bank account in a long   03:58:37

                                            Page 172

```
 1    time.  So I don't think there are.

 2        Q   Who would know most about that?

 3        A   It would be probably myself and Bruce

 4    Hersh, but I don't recall there are Wells Fargo bank

 5    accounts still open.                              03:58:51

 6        Q   Does Perfect 10 -- strike that.

 7            I think we're up to Exhibit 14.

 8            (Exhibit 14 was marked for

 9            identification by the court reporter

10            and is attached hereto.)                  03:59:20

11    BY MR. BRIDGES:

12        Q   I'd just ask you to confirm that Exhibit 14

13    is a series of tax return papers for Perfect 10,

14    Inc., for tax year 2014 from Perfect 10's business

15    records; is that correct?                         03:59:42

16        A   Yes, that looks to be correct.

17        Q   Does Perfect 10 own a safe?

18        A   If it does, that would have been one of the

19    things that I purchased.  I'm not sure it does.  But

20    if it does, that would be one of the things I        04:00:15

21    purchased.

22        Q   Is there a safe in the residence at

23    Norfield Court?

24        A   Yes.

25        Q   What is in the safe?                       04:00:26
```

Page 173

```
 1        A    Basically copyright certificates, valuable

 2   documents.  Some cash.

 3        Q    How much cash?

 4        A    Is that something I need to -- it's my

 5   personal money.                                    04:00:43

 6             MR. MICKELSON:  If it's your personal

 7   money, no, you don't have to answer that.

 8             MR. BRIDGES:  I think I'm entitled to know.

 9             MR. MICKELSON:  No, you don't have to

10   answer that.  That's beyond the scope.             04:00:50

11             MR. BRIDGES:  Well, it appears if he

12   purchased the contents of the safe from Perfect 10,

13   I'm entitled to know the cash.

14             THE WITNESS:  I did not --

15             MR. MICKELSON:  If the cash in there was   04:01:03

16   Perfect 10's, yes.

17             THE WITNESS:  It was absolutely not Perfect

18   10's cash.  The only thing that I would have

19   purchased from Perfect 10, if in fact Perfect 10

20   owned the safe, would be the actual safe, not the    04:01:11

21   contents of the safe.

22   BY MR. BRIDGES:

23        Q    Well, you mentioned there are copyright

24   certificates and valuable documents and cash.  This

25   is a classic potential commingling of cash in a     04:01:20
```

Page 174

1

2

3          I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby

5    certify:

6          That the foregoing proceedings were taken

7    before me at the time and place herein set forth;

8    that any witnesses in the foregoing proceedings,

9    prior to testifying, were placed under oath; that a

10   record of the proceedings was made by me using

11   machine shorthand which was thereafter transcribed

12   under my direction; further, that the foregoing is

13   an accurate transcription thereof.

14         I further certify that I am neither

15   financially interested in the action nor a relative

16   or employee of any attorney of any of the parties.

17         IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated: 02/12/2016

21

22

23   _____

                KATHLEEN E. BARNEY

24              CSR No. 5698

25

                                        Page 207