ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.928.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
ERIC B. YOUNG (CSB No. 318754)
eyoung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

RONALD P. SLATES, SBN: 43712
rslates2@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grand Avenue, Suite 2010
Los Angeles, CA 90071
Telephone: 213.624.1515
Facsimile: 213.624.7536

Attorneys for Plaintiffs/Judgment Creditors,
GIGANEWS, INC. and LIVEWIRE
SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PERFECT 10, INC., a California Corporation; NORMAN ZADA, in individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Pretrial Conf.: March 1, 2019<br>Time: 11:00 a.m.<br>Courtroom: 7B<br>Trial Date: March 26, 2019<br>Judge: Hon. André Birotte, Jr. |

Pursuant to Rule 201(b) and Rule 201(c)(2) of the Federal Rules of Evidence, Plaintiffs Giganews, Inc. and Livewire Services, Inc. ("Plaintiffs") respectfully request that the Court take judicial notice of certain documents in the public record.

Federal Rule of Civil Procedure 201 allows courts to take judicial notice of "adjudicative facts" (e.g. court records, pleadings, etc.) and other facts not subject to reasonable dispute that are either "generally known" in the community, or "can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(a), (b). The Court may also take judicial notice of its own records in other cases. *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980). The orders and pleadings listed below were filed in the United States District Court for the Central District of California and the Ninth Circuit Court of Appeals. The fact that the documents were filed, the dates they were filed, and the Court orders they contain (where applicable) are undisputable matters of public record.

The Court may take judicial notice of a fact for trial on its own or at a party's request. Fed. R. Evid. 201(c)(1) and (2). The Federal Rules of Evidence permit the Court to determine that a fact is sufficiently undisputed to be judicially noticed. Fed. R. Evid. 201(f). Once the Court takes notice, the Rule requires that the jury be instructed to accept the noticed fact. Fed. R. Evid. 201(f). An instruction regarding judicial notice should be given at the time notice is taken of any of the facts below, and should be to the following effect: "The Court has decided to accept as proved the fact that [*state fact*]. You must accept this fact as true." *See* Model Civil Jury Instructions for the District Courts of the Ninth Circuit (2017 ed.) at 2.3 "Judicial Notice." Plaintiffs also request the noticed documents be entered in evidence as exhibits.

True and correct copies of the documents for which Plaintiffs request judicial notice are attached.

On October 2, 2013, Perfect 10 filed a complaint in *Perfect 10, Inc. v. Radvinksy et al.*, C.D. Cal. No. 2:13-cv-07279-SVW-E ("*Radvinsky*") (Dkt. 1) for copyright and trademark infringement, trademark dilution, and breach of contract. That complaint is attached as **Exhibit 1**.

On November 22, 2013, defendants in *Radvinsky* filed an answer (Dkt. 12) and counterclaims for attorneys' fees and costs of suit. That answer is attached as **Exhibit 2**.

On February 2, 2014, Perfect 10 filed a complaint in *Perfect 10, Inc. v. Ocom B.V. et al.*, C.D. Cal. No. 2:14-cv-00808-JFW-VBK ("*Ocom*") (Dkt. 1) for copyright infringement. That complaint is attached as **Exhibit 3**.

On May 5, 2014, defendant in *Ocom* filed an answer to a First Amended Complaint (Dkt. 35), seeking attorneys' fees and costs under the Copyright Act. That answer is attached as **Exhibit 4**.

On July 30, 2014, Perfect 10 filed a complaint in *Perfect 10, Inc. v. OVH Groupe et al.*, C.D. Cal. No. 2:14-cv-05969-AB-SH ("*OVH*") (Dkt. 1) for copyright infringement. That complaint is attached as **Exhibit 5**.

On March 8, 2013 the Court entered an Order granting in part and denying in part Giganews and Livewire's motion to dismiss (Related Dkt. 97). That Order is attached as **Exhibit 6**.

On July 10, 2013, the Court entered an order granting in party and denying in part Giganews and Livewire's motion to dismiss (Related Dkt. 129). That Order is attached as **Exhibit 7**.

On January 29, 2014, the Court entered an Order denying Perfect 10's Motion for Summary Judgment (Related Dkt. 180). That Order is attached as **Exhibit 8**.

On March 17, 2014, the Court entered an order granting Giganews' Motion to Compel Production of Documents (Related Dkt. 223). That Order is attached as **Exhibit 9**.

1  On April 24, 2014, the Court entered an Order granting in substantial part
2  Giganews and Livewire's Motion to Compel Responses to Interrogatories and
3  Production of Documents (Related Dkt. 254). That Order is attached as **Exhibit 10**.
4  On June 5, 2014, the Court entered an Order granting in substantial part
5  Giganews and Livewire's Motion to Compel discovery responses (Related Dkt.
6  311). That Order is attached as **Exhibit 11**.
7  On June 5, 2014, the Court entered an Order granting Giganews and
8  Livewire's Motion to Compel Discovery Compliance from Third-Party Witnesses
9  (Related Dkt. 312). That Order is attached as **Exhibit 12**.
10  On June 23, 2014, the Court entered an Order granting in substantial part
11  Giganews' Motion to Compel Responses to Interrogatories (Related Dkt. 326).
12  That Order is attached as **Exhibit 13**.
13  On July 15, 2014, the Court entered an Order denying Perfect 10's Motion
14  for Sanctions (Related Dkt. 343). That Order is attached as **Exhibit 14**.
15  On October 31, 2014, the Court entered an Order granting Giganews and
16  Livewire's *Daubert* Motion to Exclude Expert Tygar (Related Dkt. 580). That
17  Order is attached as **Exhibit 15**.
18  On October 31, 2014, the Court entered an Order granting Giganews and
19  Livewire's *Daubert* Motion to Exclude Expert Waterman (Related Dkt. 581). That
20  Order is attached as **Exhibit 16**.
21  On October 31, 2014, the Court entered an Order granting Giganews and
22  Livewire's *Daubert* Motion to Exclude Expert Zada (Related Dkt. 582). That
23  Order is attached as **Exhibit 17**.
24  On November 14, 2014, the Court entered an Order granting Giganews and
25  Livewire's Motion for Partial Summary Judgment re Direct Copyright Infringement
26  and Denying as Moot Plaintiff's Motion for Partial Summary Judgment (Related
27  Dkt. 619). A copy of that Order is attached at **Exhibit 18.**
28  On November 14, 2014, the Court entered an Order granting Giganews and

FENWICK & WEST LLP
ATTORNEYS AT LAW

Livewire's Motion for Partial Summary Judgment re Indirect Copyright Infringement and Denying as Moot Plaintiff's Motion for Partial Summary Judgment (Related Dkt. 620). That Order is attached as **Exhibit 19**.

On November 14, 2014, the Court entered an Order denying the parties' remaining Motions for Partial Summary Judgment as Moot (Related Dkt. 621). That Order is attached as **Exhibit 20**.

On March 3, 2015, the Court entered an Order denying Perfect 10's motion for reconsideration of the Court's Orders granting Giganews and Livewire's motions for summary judgment on indirect copyright infringement (Related Dkt. 682). That Order is attached as **Exhibit 21**.

On December 1, 2014, the Court entered Judgment in favor of Giganews and Livewire (Related Dkt. 628). The Court's Judgment is attached as **Exhibit 22**.

On February 5, 2015, the Court entered Further Interim Findings re Giganews and Livewire's Motion for Sanctions (Related Dkt. 676). That Order is attached as **Exhibit 23**.

On March 24, 2015, the Court entered an Order granting Giganews and Livewire's Motion for Attorneys' Fees and Costs (Related Dkt. 684). That Order is attached as **Exhibit 24**.

On March 24, 2015, the Court entered an order that, "[i]n light of the Order Granting Defendants' Motion for Attorneys' Fees and Costs, the Magistrate Judge DENIES the Discovery Sanctions Motion. The Attorneys' Fees and Costs award subsumes what is sought in the Sanctions Motion. The hearing date is vacated, as is Docket #676" (Related Dkt. 685). That Order is attached as **Exhibit 25**.

On March 24, 2015, the Court entered an Amended Order granting Giganews and Livewire's Motion for Attorneys' Fees and Costs (Related Dkt. 686). That Order is attached as **Exhibit 26**.

On May 7, 2015, the Court entered an Order denying Giganews and Livewire's Motion for Review of the Magistrate's Order Denying their Motion for

Discovery Sanctions (Related Dkt. 712). That Order is attached as **Exhibit 27**.

On January 23, 2017, the Ninth Circuit affirmed the Court's Orders on summary judgment and the grant of Giganews and Livewire's attorneys' fees (*Perfect 10, Inc. v. Giganews, Inc.*, No. 15-55500, Dkt. 110-1). The Circuit's opinion is attached as **Exhibit 28**.

On July 3, 2017, the Ninth Circuit entered an Order awarding attorneys' fees and non-taxable costs on appeal to Giganews and Livewire, and it referred to the Appellate Commissioner the determination of an appropriate amount of fees and costs (*Perfect 10, Inc. v. Giganews, Inc.*, No. 15-55500, Dkt. 144). That Order is attached as **Exhibit 29**. Giganews and Livewire applied for those fees for amounts they expended defending Perfect 10's appeal of the summary judgment order (Related Dkts. 619 & 620) and the Court's fee award (Related Dkt. 686).

On January 29, 2018, the Ninth Circuit entered an order granting Giganews and Livewire's supplemental motion for additional attorneys' fees and non-taxable costs (*Perfect 10, Inc. v. Giganews, Inc.*, No. 15-55500, Dkt. 153). That Order is attached as **Exhibit 30**.

On April 24, 2018, the Ninth Circuit entered an Order granting attorneys' fees and non-taxable costs on appeal in the amount of $855,532.72 to Giganews and Livewire (*Perfect 10, Inc. v. Giganews, Inc.*, No. 15-55500, Dkt. 154). That Order is attached as **Exhibit 31**.

Dated: February 7, 2019          FENWICK & WEST LLP

By: */s/Todd Gregorian*
      Todd Gregorian

Attorneys for Plaintiffs/Judgment Creditors, GIGANEWS, INC., and LIVEWIRE SERVICES, INC.