1 | ANDREW P. BRIDGES (CSB NO. 122761)
abridges@fenwick.com
2 | FENWICK & WEST LLP
801 California Street
3 | Mountain View, CA  94041
Telephone:  650.988.8500
4 | Facsimile:   650.928.5200

5 | JED WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
6 | TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
7 | ERIC B. YOUNG (CSB No. 318754)
eyoung@fenwick.com
8 | FENWICK & WEST LLP
555 California Street, 12th Floor
9 | San Francisco, CA  94104
Telephone:  415.875.2300
10 | Facsimile:   415.281.1350

11 | RONALD P. SLATES (SBN: 43712)
rslates2@rslateslaw.com
12 | RONALD P. SLATES, P.C.
500 South Grande Avenue, Suite 2010
13 | Los Angeles, CA 90071
Telephone:  213.624.1515
14 | Facsimile:   213.624.7536

15 | Attorneys for Plaintiffs/Judgement Creditors
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; and LIVEWIRE SERVICES, INC., a Nevada corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-05075-AB (JPR) <br><br> **NOTICE OF MANUAL LODGING OF DEPOSITION TRANSCRIPTS FOR USE AT TRIAL** <br><br> Pretrial Conf.: March 1, 2019 <br> Time: 11:00 a.m. <br> Courtroom: 7B <br> Trial Date: March 26, 2019 <br> Judge: Hon. André Birotte, Jr. |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Under Local Rules 16-2.3 and 32-1, Plaintiffs Giganews, Inc. and Livewire
3  Services, Inc. hereby lodge copies of the following deposition transcripts they
4  intend to introduce into evidence. Plaintiffs have attached an index showing the
5  specific testimony from the following witnesses:

| No. | Deposition | Date |
|---|---|---|
| 1. | Chumura, Sean | 4/17/2014 |
| 2. | Poblete, Melanie | 4/23/2014 |
| 3. | Zada, Norm | 4/24/2014 |
| 4. | Apai, Szabolcs | 4/25/2014 |
| 5. | Zada, Norm | 4/25/2014 |
| 6. | Chaney, Rebekah | 6/5/2014 |
| 7. | Augustine, Gwendalyn | 6/24/2014 |
| 8. | Chou, Sheena | 6/25/2014 |
| 9. | Saz, Mike | 6/27/2014 |
| 10. | Zada, Norm 30(b)(6) | 6/30/2014 |
| 11. | Zada, Norm | 8/24/2014 |
| 12. | McCall, Jennifer | 10/22/2014 |

| | | |
|---|---|---|
| 13. | Zada, Norm (Debtor Examination) | 1/28/2016 |
| 14. | Hersh, Bruce (Debtor Examination) | 5/17/2016 |
| 15. | Poblete, Melanie (Debtor Examination) | 12/6/2016 |
| 16. | Zada, Norm | 7/11/2018 |
| 17. | Poblete, Melanie | 7/17/2018 |
| 18. | Hersh, Bruce | 7/18/201 |
| 19. | Zada, Norm | 10/31/2018 |

Plaintiffs have also included in the attached index Defendants' designations of deposition testimony they intend to offer at trial. The index includes Plaintiffs' objections and counter-designations, and Plaintiffs hereby also lodge copies of the following deposition transcripts, prepared according to Local Rules 16-2.7 and 32-1:

| No. | Deposition | Date |
|---|---|---|
| 20. | Yokubaitis, Jonah | 4/30/2014 |
| 21. | Yokubaitis, Ron | 1/23/2014 |
| 22. | Menking, Shane | 3/22/2014 |
| 23. | Rosenblatt, William | 8/22/2014 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| 24. | Molter, Philip | | 3/20/2014 |
| 25. | Molter, Philip | | 3/21/2014 |

Dated: February 8, 2019                   FENWICK & WEST LLP

By: */s/ Todd R. Gregorian*
        Todd R. Gregorian

Attorneys for Plaintiffs/Judgment Creditors GIGANEWS, INC., and LIVEWIRE SERVICES, INC.