ANDREW P. BRIDGES (CSB NO. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.928.5200

JED WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
ERIC B. YOUNG (CSB No. 318754)
eyoung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

RONALD P. SLATES (SBN: 43712)
rslates2@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grande Avenue, Suite 2010
Los Angeles, CA 90071
Telephone: 213.624.1515
Facsimile: 213.624.7536

Attorneys for Plaintiffs/Judgement Creditors
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; and LIVEWIRE SERVICES, INC., a Nevada corporation,<br><br>              Plaintiffs,<br><br>       v.<br><br>PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**INDEX CITATIONS TO DEPOSITION DESIGNATIONS, OBJECTIONS, AND COUNTER-DESIGNATIONS FOR USE AT TRIAL**<br><br>Pretrial Conf.: March 1, 2019<br>Time:          11:00 a.m.<br>Courtroom:   7B<br>Trial Date:   March 26, 2019<br>Judge:        Hon. André Birotte, Jr. |

Plaintiffs Giganews, Inc. and Livewire Services, Inc. hereby provide the following index of citations to deposition testimony they intend to present as evidence at trial under Federal Rule of Civil Procedure 26(a)(3)(A).[1]

| Chumura, Sean* (4/17/2014) |
|---|
| 4:14-4:15 |
| 5:11-5:19 |
| 57:6-58:9 |
| 174:19-174:24 |
| 240:20-241:3 |
| 241:8-241:17 |
| 241:20-243:4 |
| 243:7-244:5 |
| 244:8-244:19 |
| 247:14-252:19 |
| 254:7-259:18 |
| 264:18-265:5 |
| 265:20-265:23 |

[1] Defendants objected to witnesses in their entirety but did not provide objections or counter-designations to specific testimony.  The mark [*] indicates a witness to whom Defendants have objected.

INDEX TO DEPO. DESIGNATIONS, OBJS., & COUNTER-DESIGNATIONS FOR TRIAL

1

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Poblete, Melanie (4/23/2014)* | | |
|---|---|---|
| 10:9-10:13 | 83:3-85:3 | 81:1-81:4 |
| 10:18-10:20 | 85:14-85:16 | |
| 11:18-11:19 | 85:18-86:2 | |
| 12:14-13:18 | 86:3-86:7 | |
| 13:24-14:7 | 94:20-95:14 | |
| 14:8-14:25 | 96:12-96:15 | |
| 16:15-16:23 | 96:22-96:25 | |
| 64:20-65:2 | 110:2-110:5 | |
| 69:4-69:16 | 110:13-111:16 | |
| 70:6-70:21 | 111:17-112:13 | |
| 72:3-72:13 | 124:15-127:14 | |
| 73:3-73:7 | 127:15-129:21 | |
| 73:21-74:20 | 206:12-206:21 | |
| 75:1-75:1 | 236:12-236:14 | |
| 75:3-75:19 | 247:1-247:7 | |
| 75:20-75:21 | 247:10-247:17 | |
| 75:24-75:25 | 247:20-249:8 | |
| 76:3-76:4 | 249:16-250:6 | |
| 76:7-76:14 | 256:7-256:10 | |
| 79:5-80:14 | 257:2-257:9 | |
| 80:23-80:24 | 257:12-258:7 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Zada, Norm (4/24/2014) | | |
|---|---|---|
| 7:16-7:24 | 76:18-77:22 | 166:4-166:17 |
| 10:10-10:12 | 78:1-79:3 | 166:18-167:14 |
| 10:19-12:5 | 79:5-80:13 | 187:3-188:10 |
| 12:6-12:10 | 83:6-83:25 | 211:4-212:13 |
| 12:11-12:24 | 84:1-84:13 | 227:4-227:19 |
| 12:25-13:18 | 84:14-85:10 | 229:7-229:19 |
| 13:22-15:5 | 92:15-93:4 | 237:23-239:14 |
| 15:8-19:11 | 93:21-95:16 | |
| 19:12-19:22 | 95:19-96:8 | |
| 19:23-20:12 | 134:3-134:9 | |
| 24:6-24:20 | 136:19-137:13 | |
| 38:19-39:17 | 137:21-138:11 | |
| 39:18-40:11 | 138:22-139:4 | |
| 48:25-49:9 | 139:5-139:15 | |
| 49:16-49:25 | 139:21-141:3 | |
| 56:1-57:1 | 141:9-142:1 | |
| 58:7-58:10 | 159:7-160:12 | |
| 58:16-59:16 | 160:13-162:17 | |
| 61:24-64:7 | 163:6-163:13 | |
| 69:25-71:5 | 163:14-163:19 | |
| 71:25-72:18 | 165:10-166:1 | |

| Apai, Szabolcs* (4/25/2014) |
|:---:|
| 6:12-7:4 |
| 17:8-18:6 |
| 20:4-20:20 |
| 21:13-22:22 |
| 26:17-26:20 |
| 27:9-27:23 |
| 32:6-33:1 |
| 33:24-34:9 |
| 36:17-36:24 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Zada, Norm (4/25/2014) | |
|---|---|
| 309:18-316:2 | 541:12-541:24 |
| 320:9-320:11 | 542:6-547:1 |
| 331:18-332:1 | 547:5-547:6 |
| 332:23-334:10 | 547:12-548:7 |
| 336:12-336:17 | 548:15-549:6 |
| 337:5-337:7 | 549:10-549:22 |
| 337:23-340:13 | 549:24-550:22 |
| 340:14-341:7 | 560:12-560:24 |
| 341:8-342:1 | 569:6-569:24 |
| 463:16-464:6 | |
| 464:8-466:2 | |
| 493:1-493:17 | |
| 496:19-497:8 | |
| 501:7-501:21 | |
| 505:3-505:13 | |
| 505:20-506:18 | |
| 507:13-510:6 | |
| 518:11-518:15 | |
| 530:22-531:1 | |
| 532:24-537:11 | |
| 540:11-541:5 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Chaney, Rebekah (6/5/2014)* | |
|---|---|
| 4:4-4:8 | 88:9-89:4 |
| 10:11-10:15 | |
| 10:16-12:15 | |
| 12:16-12:18 | |
| 13:4-13:18 | |
| 13:19-13:23 | |
| 14:1-14:15 | |
| 16:12-17:11 | |
| 17:18-17:19 | |
| 17:22-18:23 | |
| 50:23-51:18 | |
| 54:1-54:15 | |
| 54:25-55:4 | |
| 55:12-55:25 | |
| 56:18-57:1 | |
| 57:8-57:15 | |
| 57:17-58:10 | |
| 58:16-59:9 | |
| 59:11-62:25 | |
| 85:5-86:3 | |
| 86:10-87:14 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Augustine, Gwendalyn (6/24/2014)* |
|---|
| 10:21-11:11 |
| 12:24-13:22 |
| 185:8-185:12 |
| 186:12-187:1 |
| 187:3-188:15 |
| 188:18-189:9 |
| 189:12-189:12 |
| 295:1-295:3 |
| 295:5-296:17 |

| Chou, Sheena (6/25/2014)* ||
|---|---|
| 8:18-8:22 | 214:11-214:21 |
| 15:17-16:2 | 214:23-214:23 |
| 16:12-16:22 | 215:13-216:23 |
| 16:25-18:19 | 217:4-217:15 |
| 22:10-23:24 | 217:22-218:4 |
| 24:2-24:4 | 230:12-230:22 |
| 24:7-24:7 | 231:10-232:14 |
| 24:10-24:14 | |
| 24:17-25:10 | |
| 25:14-25:17 | |
| 25:19-25:19 | |
| 33:12-34:11 | |
| 55:7-56:16 | |
| 57:11-57:21 | |
| 59:3-59:22 | |
| 60:7-61:20 | |
| 94:15-97:16 | |
| 104:19-107:22 | |
| 176:16-176:23 | |
| 177:5-177:14 | |
| 213:5-213:9 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Saz, Mike (6/27/2014)* |
|---|
| 7:4-7:7 |
| 8:4-8:7 |
| 76:25-77:18 |
| 77:21-78:3 |
| 78:5-78:12 |
| 87:22-88:5 |
| 88:18-90:25 |
| 91:2-91:6 |
| 91:9-91:11 |
| 92:9-93:12 |

| Zada, Norm 30(b)(6) (6/30/2014) | |
|---|---|
| 15:14-15:24 | 120:6-120:15 |
| 15:25-16:15 | 121:14-121:24 |
| 52:3-52:15 | 122:11-123:24 |
| 92:1-92:24 | 127:5-128:15 |
| 93:2-93:15 | 130:19-131:21 |
| 93:18-93:20 | 137:3-137:12 |
| 94:3-94:5 | 137:24-140:6 |
| 94:16-95:19 | 165:13-166:22 |
| 97:12-97:13 | 191:15-193:8 |
| 97:16-97:20 | 193:15-193:16 |
| 97:23-98:18 | 193:18-193:21 |
| 98:21-98:22 | 202:23-204:23 |
| 98:24-100:2 | 204:24-205:6 |
| 100:15-100:17 | 207:1-207:21 |
| 100:19-101:21 | 207:22-207:24 |
| 102:5-102:8 | 247:20-250:20 |
| 102:10-107:2 | 310:12-311:5 |
| 107:5-107:15 | |
| 108:12-108:18 | |
| 114:18-116:3 | |
| 118:1-120:2 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Zada, Norm (8/24/2014) | |
|---|---|
| 8:22-9:13 | 143:2-144:6 |
| 10:10-11:4 | 145:23-148:5 |
| 11:16-12:18 | 189:14-191:4 |
| 13:9-13:14 | 246:9-247:7 |
| 14:21-19:6 | 247:15-248:11 |
| 23:15-23:18 | 254:4-254:15 |
| 24:5-24:22 | 268:8-268:14 |
| 47:5-47:19 | 272:18-273:16 |
| 50:21-50:23 | 275:14-275:17 |
| 64:5-65:19 | 275:19-276:4 |
| 66:3-68:20 | |
| 83:22-85:6 | |
| 85:12-85:20 | |
| 86:1-86:11 | |
| 86:20-87:5 | |
| 88:21-89:12 | |
| 116:16-117:15 | |
| 119:16-120:21 | |
| 129:23-130:16 | |
| 130:17-131:8 | |
| 131:9-132:14 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| McCall, Jennifer (10/22/2014)* |
|---|
| 8:4-8:6 |
| 9:23-10:7 |
| 35:13-37:22 |
| 37:23-37:24 |
| 39:21-40:19 |
| 45:7-45:13 |
| 244:9-244:22 |
| 244:24-245:8 |
| 245:9-246:2 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Zada, Norm Debtor Examination (1/28/2016) | | |
|---|---|---|
| 9:5-10:1 | 57:23-59:16 | 115:4-115:19 |
| 12:13-12:21 | 65:25-66:16 | 116:19-121:11 |
| 12:25-13:3 | 71:21-72:13 | 122:8-140:6 |
| 14:7-15:2 | 74:23-74:25 | 140:19-141:19 |
| 17:23-18:5 | 77:5-77:8 | 144:13-145:21 |
| 18:17-18:20 | 79:5-80:1 | 145:22-147:3 |
| 19:22-20:15 | 83:23-84:14 | 147:4-147:19 |
| 24:5-25:1 | 85:20-86:12 | 147:20-148:19 |
| 26:2-26:10 | 87:19-91:2 | 150:8-153:7 |
| 27:9-27:25 | 91:3-91:8 | 153:8-158:8 |
| 28:2-28:7 | 91:9-91:21 | 158:18-158:24 |
| 32:20-33:2 | 91:22-92:10 | 159:25-160:5 |
| 33:12-33:20 | 92:11-92:22 | 164:6-164:15 |
| 34:23-36:2 | 92:23-93:11 | 166:19-167:3 |
| 36:7-36:18 | 100:10-101:1 | 169:5-171:3 |
| 41:20-42:18 | 101:14-102:9 | 173:7-173:16 |
| 43:5-44:2 | 102:18-103:18 | 173:17-174:5 |
| 44:11-44:15 | 103:19-104:15 | 177:5-177:15 |
| 55:18-55:21 | 104:16-107:13 | 178:2-178:12 |
| 55:23-57:5 | 108:2-113:14 | 180:19-181:12 |
| 57:6-57:22 | 113:15-113:17 | 181:13-183:4 |

| |
|---|
| 185:14-189:19 |
| 192:9-192:21 |
| 193:1-193:5 |
| 193:6-193:11 |
| 193:16-193:22 |
| 193:23-194:10 |
| 194:22-195:6 |

| Hersh, Bruce Debtor Examination (5/17/2016)* | | |
|---|---|---|
| 7:16-7:24 | 44:1-44:14 | 84:20-85:14 |
| 8:14-8:17 | 44:15-45:7 | 83:10-84:17 |
| 8:20-9:5 | 47:22-48:15 | 91:3-91:10 |
| 12:13-12:20 | 49:10-49:14 | 91:16-91:19 |
| 12:23-13:11 | 50:1-50:15 | 93:5-94:2 |
| 14:10-14:21 | 51:25-53:3 | 94:10-94:13 |
| 15:17-16:19 | 55:25-57:3 | 103:14-104:2 |
| 22:16-23:1 | 60:24-61:15 | 104:3-104:23 |
| 29:17-30:12 | 67:2-67:4 | 105:7-106:9 |
| 31:2-32:1 | 67:8-67:13 | 108:13-108:19 |
| 32:10-32:19 | 67:15-68:3 | 109:5-109:25 |
| 33:9-33:14 | 68:10-68:21 | 110:18-111:2 |
| 34:2-34:6 | 69:3-69:9 | 115:1-115:7 |
| 34:9-34:11 | 71:22-72:6 | 115:10-115:17 |
| 34:15-35:4 | 72:22-73:5 | 117:22-118:9 |
| 35:6-35:12 | 76:2-76:10 | 118:13-118:18 |
| 37:1-37:14 | 78:18-79:7 | 119:9-119:12 |
| 39:10-40:17 | 80:9-80:18 | 119:22-120:11 |
| 41:12-41:21 | 80:19-81:13 | 120:22-121:13 |
| 42:8-42:25 | 81:14-81:21 | 121:17-123:4 |
| 43:9-43:20 | 82:19-83:1 | 123:7-123:8 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| |
|---|
| 125:16-126:21 |
| 127:15-128:4 |
| 128:15-131:1 |
| 131:8-131:10 |
| 131:15-132:13 |
| 132:18-133:2 |
| 133:3-133:13 |
| 134:2-135:16 |
| 138:12-138:21 |
| 138:22-139:25 |
| 140:1-140:3 |
| 146:5-146:10 |
| 146:16-146:25 |
| 147:6-149:7 |
| 150:9-150:23 |
| 151:8-151:23 |
| 155:14-156:4 |

| Poblete, Melanie Debtor Examination (12/6/2016)* | | |
|:---:|:---:|:---:|
| 9:14-10:4 | 34:23-35:9 | 78:17-78:23 |
| 10:12-12:13 | 39:13-39:25 | 79:15-79:24 |
| 12:18-14:9 | 40:11-40:15 | 94:25-95:22 |
| 14:14-15:11 | 41:12-41:22 | 96:4-96:18 |
| 15:12-15:19 | 43:23-44:5 | 96:25-97:10 |
| 16:22-16:24 | 44:13-44:23 | 97:19-98:2 |
| 17:8-17:17 | 48:19-48:21 | 98:21-100:2 |
| 18:11-18:22 | 48:24-49:19 | 100:25-102:5 |
| 19:2-20:1 | 50:1-50:13 | 102:6-102:11 |
| 20:14-21:12 | 51:17-52:10 | 104:3-104:7 |
| 22:20-23:9 | 52:13-52:21 | 104:13-104:16 |
| 24:25-25:2 | 57:18-58:11 | 105:3-106:1 |
| 25:16-25:17 | 58:12-58:18 | 106:2-106:12 |
| 25:20-25:23 | 59:1-59:3 | 106:13-106:21 |
| 29:20-30:3 | 59:17-60:7 | 110:3-110:23 |
| 30:4-30:23 | 61:16-61:22 | 111:1-111:13 |
| 30:24-31:3 | 62:13-63:13 | 112:12-112:23 |
| 31:4-31:12 | 65:18-65:24 | 113:10-114:3 |
| 31:15-31:16 | 66:6-66:14 | 114:7-115:5 |
| 32:4-32:20 | 76:16-77:12 | 115:22-116:5 |
| 32:24-33:4 | 78:2-78:16 | 117:12-117:20 |

| |
|---|
| 117:21-118:23 |
| 118:24-119:5 |
| 119:17-119:19 |
| 119:22-119:24 |
| 120:2-120:21 |
| 121:14-122:13 |
| 122:15-123:15 |
| 123:23-124:7 |
| 124:25-125:3 |
| 128:2-128:5 |
| 129:18-132:2 |
| 133:25-134:6 |
| 136:3-137:20 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Zada, Norm (7/11/2018) | | |
|---|---|---|
| 9:16-10:8 | 53:8-54:24 | 77:1-77:3 |
| 11:12-11:19 | 54:25-55:23 | 81:3-81:19 |
| 13:10-14:4 | 55:24-56:8 | 81:20-82:15 |
| 17:22-19:2 | 56:9-57:10 | 83:12-83:18 |
| 19:16-19:23 | 58:1-58:19 | 83:19-83:25 |
| 21:1-22:16 | 59:1-59:18 | 84:5-84:21 |
| 24:25-26:4 | 61:1-61:18 | 84:22-85:7 |
| 31:5-31:19 | 62:1-62:17 | 85:9-86:1 |
| 33:22-33:24 | 65:3-65:18 | 86:2-86:14 |
| 34:12-34:24 | 65:19-66:2 | 88:12-88:16 |
| 35:13-37:15 | 66:13-67:9 | 88:17-88:25 |
| 38:9-38:16 | 67:10-67:25 | 89:8-89:11 |
| 38:24-39:3 | 68:1-68:4 | 89:17-90:24 |
| 39:20-40:2 | 68:5-68:19 | 92:2-93:10 |
| 40:8-43:6 | 68:22-69:19 | 94:4-94:7 |
| 43:16-44:1 | 69:20-69:24 | 95:5-95:9 |
| 45:3-47:23 | 69:25-71:8 | 95:17-95:23 |
| 48:14-48:22 | 71:9-71:14 | 96:9-98:13 |
| 48:23-49:20 | 71:15-73:18 | 98:19-98:24 |
| 49:24-50:15 | 75:8-76:12 | 101:24-101:25 |
| 50:16-52:23 | 76:23-76:24 | 102:5-102:7 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 102:9-102:16 | 141:6-141:9 | 170:20-172:7 |
| 102:23-103:24 | 141:10-141:16 | 172:15-172:25 |
| 105:6-105:15 | 141:17-142:6 | 173:4-174:8 |
| 106:5-108:15 | 142:7-143:19 | 174:11-174:20 |
| 108:16-109:9 | 143:20-144:1 | 175:23-178:9 |
| 109:12-111:15 | 144:2-144:13 | 178:14-180:1 |
| 111:24-112:21 | 144:14-144:22 | 180:2-180:15 |
| 112:22-114:11 | 144:23-146:5 | 181:19-186:19 |
| 115:12-115:23 | 146:6-146:10 | 186:24-187:7 |
| 115:24-116:6 | 147:1-147:23 | 187:21-187:23 |
| 117:11-119:6 | 147:24-148:21 | 189:6-190:16 |
| 119:21-121:16 | 148:22-150:4 | 190:17-192:23 |
| 121:17-124:1 | 150:5-150:17 | 192:25-194:24 |
| 124:2-126:13 | 150:18-155:13 | 194:25-199:25 |
| 126:14-128:18 | 155:25-157:22 | 201:11-202:3 |
| 129:3-130:10 | 158:3-159:10 | 202:10-203:5 |
| 131:21-133:15 | 159:11-159:17 | 203:14-204:8 |
| 133:16-134:10 | 160:5-160:22 | 205:10-205:18 |
| 134:12-136:22 | 160:23-162:20 | 206:14-207:19 |
| 136:23-137:19 | 162:23-164:8 | 208:13-208:16 |
| 137:20-139:5 | 167:3-167:12 | 208:17-212:18 |
| 140:7-140:12 | 167:17-168:21 | 213:7-217:3 |
| 140:15-141:5 | 168:22-170:19 | 221:23-222:16 |

| |
|---|
| 226:2-229:15 |
| 229:24-230:18 |
| 231:2-231:13 |
| 231:14-232:8 |
| 233:10-236:1 |
| 236:15-237:10 |
| 242:7-242:13 |
| 243:7-244:14 |
| 244:20-245:20 |
| 246:18-247:7 |
| 252:9-253:6 |
| 253:7-253:15 |
| 254:14-256:1 |
| 257:9-260:21 |
| 260:22-261:3 |
| 262:4-263:6 |
| 263:12-263:24 |
| 264:3-264:17 |
| 264:20-265:2 |
| 265:13-266:6 |
| 266:7-267:17 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Poblete, Melanie (7/17/2018)* | | |
|---|---|---|
| 7:13-7:21 | 62:10-62:15 | 106:22-107:17 |
| 32:25-33:8 | 62:20-62:23 | 108:6-109:10 |
| 33:19-34:2 | 64:17-64:23 | 109:17-110:3 |
| 40:21-40:25 | 70:2-70:13 | 110:18-111:16 |
| 41:1-41:9 | 72:17-74:6 | 111:17-112:16 |
| 41:10-42:2 | 75:15-75:23 | 112:17-113:17 |
| 42:7-42:16 | 77:9-77:18 | 117:4-117:14 |
| 42:17-42:20 | 79:15-80:19 | 118:2-118:23 |
| 43:23-44:1 | 81:9-81:20 | 121:13-122:2 |
| 46:1-46:2 | 82:13-82:22 | 123:1-123:5 |
| 48:5-48:22 | 83:17-84:7 | 138:12-142:2 |
| 50:25-51:19 | 84:25-85:13 | 168:1-169:3 |
| 52:9-52:16 | 85:23-86:13 | 170:5-170:13 |
| 55:5-55:9 | 86:24-87:10 | 170:16-170:16 |
| 58:19-59:6 | 87:21-87:23 | 171:20-172:15 |
| 59:11-59:13 | 88:4-88:13 | 172:17-172:22 |
| 59:22-60:3 | 88:23-89:2 | 175:18-176:10 |
| 60:15-60:18 | 91:25-92:13 | 176:11-176:20 |
| 60:23-61:7 | 93:13-93:24 | 178:5-178:24 |
| 61:15-61:17 | 96:9-96:25 | 180:20-181:13 |
| 61:18-62:2 | 101:6-101:23 | 182:5-184:22 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

184:9-184:14

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fenwick & West LLP
Attorneys at Law

| Hersh, Bruce (7/18/2018)* | | |
|---|---|---|
| 9:9-9:21 | 70:21-71:7 | 96:12-96:15 |
| 35:12-36:2 | 72:11-72:20 | 109:4-109:15 |
| 36:13-37:1 | 73:2-73:10 | 109:16-109:20 |
| 37:15-38:3 | 73:14-74:2 | 109:21-110:11 |
| 38:22-39:7 | 74:16-74:23 | 110:12-110:16 |
| 39:15-39:19 | 74:24-75:5 | 110:17-110:23 |
| 39:23-40:4 | 75:6-76:3 | 110:24-115:4 |
| 41:24-42:13 | 76:7-77:17 | 115:5-116:10 |
| 46:11-46:12 | 77:18-78:14 | 116:11-116:22 |
| 46:19-47:6 | 78:19-78:22 | 116:23-117:3 |
| 47:7-47:14 | 78:23-79:10 | 117:4-119:3 |
| 49:12-49:23 | 79:17-80:10 | 119:11-119:17 |
| 50:8-50:17 | 82:15-83:10 | 120:3-120:17 |
| 52:1-52:24 | 83:16-84:14 | 120:18-121:4 |
| 64:5-64:11 | 84:21-85:13 | 121:23-122:15 |
| 65:19-66:8 | 85:22-86:4 | 126:1-127:9 |
| 66:14-66:16 | 86:18-87:7 | 128:16-128:19 |
| 68:3-68:17 | 87:17-87:20 | 130:21-131:6 |
| 68:21-69:4 | 87:24-88:8 | 134:1-135:8 |
| 69:15-69:19 | 88:9-88:17 | 136:8-136:24 |
| 69:22-70:16 | 94:13-95:15 | 137:7-137:9 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| |
|---|
| 138:3-138:8 |
| 138:17-139:6 |
| 139:12-139:25 |
| 143:24-144:19 |
| 147:9-148:16 |
| 149:4-149:8 |
| 149:9-152:4 |
| 155:3-155:4 |
| 155:16-155:18 |
| 156:23-157:10 |
| 158:20-158:23 |
| 159:4-160:18 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Zada, Norm (10/31/2018)* | | |
|---|---|---|
| 10:1-10:9 | 33:3-33:19 | 57:18-58:5 |
| 10:25-11:6 | 33:20-35:2 | 58:8-58:19 |
| 12:1-13:9 | 35:3-35:11 | 58:20-59:20 |
| 13:10-14:1 | 35:12-35:17 | 60:10-61:22 |
| 14:2-15:7 | 35:18-35:24 | 70:10-71:15 |
| 15:8-16:21 | 35:25-37:2 | 71:16-73:1 |
| 16:22-17:21 | 37:3-37:13 | 73:2-75:2 |
| 17:22-19:6 | 37:14-38:9 | 75:3-75:19 |
| 19:7-20:16 | 38:10-38:18 | 75:21-76:10 |
| 20:17-21:6 | 38:19-40:8 | 76:11-77:17 |
| 21:7-21:21 | 40:9-40:23 | 77:18-82:21 |
| 21:22-22:18 | 40:24-41:19 | 82:22-83:3 |
| 22:19-23:20 | 42:11-45:21 | 83:4-83:13 |
| 23:21-26:11 | 45:22-46:10 | 83:14-84:5 |
| 26:12-26:24 | 46:11-47:5 | 84:6-85:6 |
| 26:25-28:13 | 47:6-47:9 | 85:7-85:24 |
| 28:14-29:17 | 48:16-49:9 | 85:25-87:5 |
| 29:18-30:5 | 49:14-49:16 | 87:8-88:8 |
| 30:6-31:16 | 49:19-51:5 | 88:9-89:18 |
| 31:17-32:17 | 53:9-53:14 | 89:19-90:9 |
| 32:18-33:2 | 53:21-55:7 | 90:10-90:19 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 90:20-91:13 | 125:8-129:25 |
| 91:14-92:12 | 130:6-131:8 |
| 92:13-93:10 | 132:7-147:2 |
| 93:11-93:16 | 147:19-151:24 |
| 94:17-94:20 | 152:14-158:23 |
| 95:9-95:15 | |
| 95:25-96:10 | |
| 97:12-98:3 | |
| 98:4-102:12 | |
| 102:13-103:23 | |
| 103:24-105:11 | |
| 105:25-110:2 | |
| 110:3-110:18 | |
| 110:19-111:7 | |
| 111:9-111:18 | |
| 111:19-113:10 | |
| 113:11-113:18 | |
| 113:19-116:21 | |
| 118:11-119:16 | |
| 120:13-120:20 | |
| 120:21-121:21 | |
| 122:15-122:17 | |
| 124:15-125:7 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Defendants Perfect 10, Inc. and Norman Zada have designated the following as deposition testimony they intend to present at trial.  Plaintiffs object and provide counter-designations as follows:

| Yokubaitis, Jonah (4/30/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 5:10-12 | none | none |
| 9:9-10:14 | Irrelevant; 403; (9:19-10:14) vague | none |
| 13:21-14:2 | irrelevant; 403 | 12:22-13:20 |
| 15:15-16:12 | irrelevant; 403 | 16:17-21 |
| 16:22-18:6 | irrelevant; 403; lacks foundation/witness lacks personal knowledge | 16:17-21 |
| 20:4-21:5 | irrelevant; lacks foundation/witness lacks personal knowledge | 21:9-21:10; 21:12 |
| 21:17-23:16 | irrelevant; 403 | none |
| 23:22-24:14 | irrelevant; 403 | 24:15-24:21 |
| 26:9-27:15 | irrelevant; 403 | 25:16-25:20 |
| 28:17-23 | irrelevant; 403; incomplete | 28:14-16 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Jonah (4/30/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 30:21-33:18 | irrelevant; 403; (32:24-33:4) compound | 30:13-30:13; 30:15-30:15; 30:16-30:17; 30:20-30:20; 33:19-33:22 |
| 33:23-34:5 | irrelevant; 403 | 34:6-34:14; 34:25-35:3; 43:11-44:4 |
| 35:4-11 | none | 35:12-15; 37:2-8 |
| 40:5-12-42:9 | irrelevant; 403; (42:4-9) vague | none |
| 42:21-24 | irrelevant; 403; lacks foundation/assumes facts not in evidence | none |
| 47:21-24 | irrelevant; 403; vague and ambiguous | none |
| 50:8-51:9 | irrelevant; 403; (50:8-12) vague; (50:25-51:9) vague | none |
| 54:3-57:3 | irrelevant; 403; vague | 57:4-5; 57:10-25 |
| 59:12-60:22 | irrelevant; vague | none |
| 65:15-19 | irrelevant; 403 | none |
| 67:22-68:1 | irrelevant; 403 | none |

| Yokubaitis, Jonah (4/30/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 71:19-72:2 | irrelevant; 403 | none |
| 76:20-21 | incomplete; irrelevant; 403 | 75:15-76:19; 76:22-77:3 |
| 81:25-85:17 | irrelevant; 403; (81:25-82:4) vague; (82:5-9) vague; (82:10-17) vague; (82:18-83:6; vague; asked and answered; (83:7-16) vague; asked and answered; (83:25-84:5) vague; (84:6-85:6) vague | none |
| 91:17-22 | irrelevant; 403 | none |
| 92:15-93:1 | irrelevant; 403; vague; argumentative; subject to MIL on (c) allegations | none |
| 96:6-8 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative; incomplete designation | 93:21-23; 94:1-6; 94:9-17; 94:20-95:2; 95:5-15 |
| 119:3-18 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Jonah (4/30/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 120:8-121:11 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |
| 130:16-21 | irrelevant; 403; subject to MIL on (c) allegations; lacks foundation; witness lacks personal knowledge; vague; argumentative | 130:15 |
| 143:8-17 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | 143:18-24 |
| 144:5-145:20 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |
| 146:16-23 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Jonah (4/30/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 189:6-11 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |
| 189:22-191:7 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 191:24-192:8 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |
| 200:18-203:2 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative; incomplete hypothetical; assumes facts not in evidence | none |
| 216:21-217:2 | irrelevant; 403; subject to MILs on (c) allegations; vague | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Jonah (4/30/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 218:3-219:4 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |
| 230:7-231:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |
| 234:14-22 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative, calls for expert opinion/ legal conclusion | none |
| 235:7-21 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative, calls for expert opinion/ legal conclusion | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 6:8-11 | none | none |
| 10:16-11:19 | irrelevant; 403; includes attorney colloquy 10:24-11:4 | none |
| 12:1-13 | irrelevant; 403; (12:1-6) vague | none |
| 31:2-35:12 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 37:24-40:25 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 41:10-41:23 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; incomplete hypothetical | 41:24-25; 42:3-9 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 42:10-14 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation | 42:3-9 |
| 46:2-7 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; asked and answered | 44:6-45:10; 45:13-46:1 |
| 58:15-20 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague | 58:21-23; 59:1-14; 59:17-60:2; 60:5-7; 60:10-16 |
| 65:18-22 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague | 65:23-24; 66:2-7 |
| 79:1-19 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence; calls for a legal conclusion | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 95:1-96:22 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence; (95:17-25) incomplete hypothetical; calls for legal conclusion; (96:1-22) incomplete hypothetical; calls for legal conclusion | none |
| 101:13-102:6 | irrelevant; 403 | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 102:17-104:23 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence; (102:17-20) asked and answered; (103:2-104:3) vague; lacks foundation; argumentative; compound; assumes facts not in evidence; (103:2-104:20 irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence; (104:21-23) irrelevant; 403 | none |
| 108:2-109:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; assumes facts not in evidence | none |
| 110:11-25 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague | none |

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 111:24-112:11 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; calls for speculation | 112:12-14 |
| 122:6-13 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 123:22-124:15 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 124:25-125:6 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 127:1-21 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 127:24-128:17 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative | none |
| 135:9-136:2 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation' (135:13-21) vague | none |
| 176:5-177:1 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; (176:5-12) argumentative; calls for a legal conclusion; vague; (176:13-177:1) compound; vague; incomplete designation | 177:2-9 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 183:8-14 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative | 183:15-21 |
| 191:25-192:5 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge | 192:6-12 |
| 194:9-12 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; argumentative | none |
| 194:22-195:9 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative | none |
| 195:17-23 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague | 195;24-196:3; 196:8-12 |
| 205:13-25 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Yokubaitis, Ron (1/23/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 206:1-11 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative; incomplete designation; calls for a legal conclusion; asked and answered | 206:12-13; 206:14-15; 206:18-20 |
| 207:15-22 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative | none |

Fenwick & West LLP
Attorneys at Law

| | Menking, Shane (3/22/2014) | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 5:10-13 | none | none |
| 9:17-19 | none | none |
| 22:7-24:1 | irrelevant; 403; lacks foundation; witness lacks personal knowledge; designation includes attorney colloquy; (23:14-19) vague | none |
| 26:3-27:24 | irrelevant; 403; (27:15-27:24) vague | none |
| 30:6-10 | irrelevant; 403 | none |
| 34:6-35:2 | irrelevant; 403; lacks foundation; vague | none |
| 35:10-16 | irrelevant; 403; vague | none |
| 36:1-5 | irrelevant; 403 | none |
| 38:7-39:12 | irrelevant; 403; (38:7-25) vague; (39:7-12) vague | none |
| 39:18-41:2 | irrelevant; 403; vague; (40:10-18) lacks foundation; assumes facts not in evidence | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Menking, Shane (3/22/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 42:13-43:15 | irrelevant; 403 | none |
| 45:10-47:2 | irrelevant; 403; vague | none |
| 61:21-62:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation/assumes facts not in evidence; vague; argumentative; calls for legal conclusion | none |
| 63:20-64:9 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 64:22-66:12 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; assumes facts not in evidence (65:24-66:12) argumentative | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Menking, Shane (3/22/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 67:7-17 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 70:9-71:3 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 73:15-74:5 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 77:25-78:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Menking, Shane (3/22/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 81:5-19 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | 81:22-82:1 |
| 82:3-19 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 88:11-16 | irrelevant; 403; vague; witness lacks personal knowledge | none |
| 96:3-14 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague | 96:15 |
| 101:1-4 | irrelevant; 403 | none |
| 116:23-117:4 | irrelevant; 403 | none |
| 117:20-24 | irrelevant; 403 | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Menking, Shane (3/22/2014) | | |
|---|---|---|
| **Defendants' Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** |
| 120:7-121:11 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 121:20-122:2 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative; calls for speculation | none |
| 130:4-11 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence; calls for legal conclusion | none |
| 146:12-147:21 | irrelevant; 403; vague; (147:3-8) calls for speculation | none |

Fenwick & West LLP
Attorneys at Law

Index to Depo. Designations, Objs., & Counter-Designations for Trial     46     CASE NO.: 2:17-cv-05075-AB (JPR)

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 6:8-13 | none | 6:14-15; 6:17-24 |
| 18:15-19:7 | irrelevant; vague; lacks foundation; calls for speculation | none |
| 21:11-22:9 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative' (21:23-22:9) assumes facts not in evidence; incomplete hypothetical; calls for speculation | none |
| 24:19-26:6 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague; calls for speculation; incomplete hypothetical | none |
| 27:15-28:9 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague; calls for speculation; incomplete hypothetical; calls for legal conclusion; argumentative | none |

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 29:23-30:3 | incomplete designation (no question designated); irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague; calls for speculation; incomplete hypothetical; calls for a legal conclusion | 29:17-18 |
| 32:16-25 | incomplete designation (no question designated); irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague; calls for speculation; calls for a legal conclusion | none |
| 41:10-14 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague | none |
| 44:24-45:13 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; vague; calls for a legal conclusion | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 50:19-51:7 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague | none |
| 64:17-65:4 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague | none |
| 74:11-17 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague; incomplete hypothetical | none |
| 76:19-24 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague; calls for speculation | none |
| 77:12-21 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; witness lacks personal knowledge; vague; calls for speculation; argumentative | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 109:14-125:21 | irrelevant; 403; subject to MILs on (c) allegations; designation includes objections; (110:19-11:7) vague; lacks foundation /assumes facts not in evidence; (11:8-15) vague; lacks foundation /assumes facts not in evidence; (111:20-112:18) witness lacks personal knowledge; lacks foundation/assumes facts not in evidence; calls for legal conclusion; vague; (113:3-115:8) lacks foundation; vague; witness lacks personal knowledge; calls for lay opinion and legal conclusion; includes attorney colloquy; (115:9-19) witness lacks personal knowledge; vague; argumentative | none |
| 115:23-116:23 | irrelevant; 403; subject to MILs on (c) allegations; designation includes objections; duplicative designation; lacks foundation/assumes facts not in evidence; witness lacks personal knowledge; calls for a legal conclusion; calls for lay opinion; argumentative; vague; (117:13-118:5) lacks foundation /assumes facts not in evidence; incomplete hypothetical; vague; calls for speculation; (118:6-12) attorney colloquy; (118:13-20) lacks | none |

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| | foundation /assumes facts not in evidence; incomplete hypothetical; vague; calls for speculation; (119:3-10) vague; lacks foundation; (119:11-121:4) lacks foundation/assumes facts not in evidence; calls for speculation; vague; witness lacks personal knowledge; argumentative; (121:5-13) vague; (122:1-12) argumentative; lacks foundation; vague; calls for legal conclusion; witness lacks personal knowledge; (122:13-123:8) argumentative; lacks foundation; vague; misleading; witness lacks personal knowledge; (123:9-17) calls for speculation; incomplete hypothetical; (123:24-124:24) Lacks foundation/assumes facts not in evidence; vague; incomplete hypothetical; (124:25-125:21) Lacks foundation/assumes facts not in evidence; vague; incomplete hypothetical; compound; calls for legal conclusion | |
| 135:12-136:5 | irrelevant; 403; subject to MILs on (c) allegations; (135: 12-19) vague; (135:20-136:5) asked and answered; calls for legal conclusion; lacks foundation / assumes facts not in evidence | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 148:1-16 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation/assumes facts not in evidence; calls for legal conclusion; vague; argumentative | none |
| 161:21-24 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation/assumes facts not in evidence; calls for legal conclusion; incomplete designation | none |
| 186:20-187:20 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; calls for legal conclusion; (187:7-16) compound; (187:17-20) incomplete designation | none |
| 201:6-202:4 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; compound; argumentative; calls for legal conclusion; witness lacks personal knowledge | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 203:7-21 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; compound; argumentative; calls for legal conclusion; witness lacks personal knowledge; calls for lay opinion | none |
| 206:14-207:8 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; argumentative; calls for legal conclusion; witness lacks personal knowledge; calls for speculation | none |
| 210:5-25 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; calls for legal conclusion | none |
| 219:15-18 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; compound; argumentative; calls for legal conclusion; incomplete designation | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Rosenblatt, William (8/22/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 224:2-229:16 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; compound; argumentative; calls for legal conclusion; witness lacks personal knowledge | none |
| 230:5-12 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; witness lacks personal knowledge; vague; argumentative, calls for nonexpert opinion/ legal conclusion | none |
| 231:1-233:2 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative; includes attorney colloquy | 230:22-25; 233:3-4; 233:8-12 |
| 233:13-18 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation; vague; argumentative, assumes facts not in evidence | 233:19-24 |

| Molter, Philip (3/20/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 5:8-10 | none | none |
| 7:15-8:3 | none | 8:4-9:8 |
| 13:14-15 | irrelevant; 403; incomplete designation | none |
| 38:2-3 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation | none |
| 42:1-8 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; calls for lay opinion; vague | none |
| 44:12-45:6 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; calls for legal conclusion; witness lacks personal knowledge.; vague | none |
| 47:2-20 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; incomplete designation | 47:21-23; 48:1-7; 48:8; 48:11-15; 48:18-49:3; 49:6-9; 49:25-50:2; 50:5-13 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Fenwick & West LLP
Attorneys at Law

| Molter, Philip (3/20/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 51:25-52:6 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation | none |
| 63:22-65:6 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative | none |
| 95:17-23 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; calls for speculation | none |
| 101:16-102:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; misstates testimony | none |
| 105:22-106:16 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague | 105:10-21; 106:17-19 |
| 121:2-6 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; calls for legal conclusion | none |

| Molter, Philip (3/20/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 122:25-127:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative; (123:14-18) misstates testimony; (124:19-124:3) calls for legal conclusion; (125-20-126:1) incomplete hypothetical; (126:12-22) asked and answered | none |
| 129:6-14 | irrelevant; 403; subject to MILs on (c) allegations; calls for privileged information | 129:15; 129:16-130:5; 130:6-10 |
| 130:11-20 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation; vague; argumentative | none |
| 131:5-13 | irrelevant; 403; subject to MIL on (c) allegations; lacks foundation; vague; argumentative | none |
| 131:24-132:17 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague | 132:18-19; 132:22-24 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Molter, Philip (3/20/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 135:13-142:24 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation; witness lacks personal knowledge; vague; (136:15-20) argumentative; (136:21-137:3) argumentative, calls for legal conclusion; assumes facts not in evidence | none |
| 150:2-14 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; vague; argumentative | none |
| 166:15-167:10 | irrelevant; lacks foundation / assumes facts; vague | none |
| 169:25-171:25 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation; witness lacks personal knowledge; vague; argumentative, calls for expert opinion / legal conclusion; (170:11-18) misstates testimony; (171:11-18) incomplete hypothetical; calls for speculation | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Molter, Philip (3/20/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 173:23-177:4 | irrelevant; 403; subject to MILs on (c) allegations; lacks foundation; witness lacks personal knowledge; vague; argumentative; (174:25-175:12) misstates testimony; calls for speculation; lacks foundation; (175:13-20) misstates testimony; calls for speculation; lacks foundation; (175:21-176:10) misstates testimony; calls for speculation; lacks foundation | none |
| 193:5-195:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; (193:23-194:13) asked and answered; argumentative; (194:5-13) argumentative; (194:14-195:2) argumentative; (195:3-10) calls for speculation | none |
| 201:21-202.3 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; asked and answered | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| **Molter, Philip (3/20/2014)** | | |
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 203:16-23 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation / assumes facts not in evidence; vague; argumentative; calls for legal conclusion; incomplete designation | 203:24-204:1 |

| Molter, Philip (3/21/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 37:9-23 | irrelevant; 403 | 36:20-22; 37:3; 37:4; 37:6-8; 38:1 |
| 48:3-16 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative; calls for legal conclusion | none |
| 67:5-12 | irrelevant; 403; subject to MILs on child pornography, (c) allegations and (c)s not owned by P10; lacks foundation /assumes facts not in evidence; vague | none |
| 117:12-29 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | none |
| 118:5-19 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence | 118:21-22 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

| Molter, Philip (3/21/2014) | | |
|---|---|---|
| **Plaintiffs' Designation** | **Defendants' Objection** | **Defendants' Counter-Designation** |
| 142:25-143:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative; asked and answered | none |
| 145:13-146:3 | irrelevant; 403; argumentative; lacks foundation; vague | none |
| 148:19-151:6 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; calls for privileged information | none |
| 153:20-158:10 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by Perfect 10; lacks foundation; witness lacks personal knowledge; vague; argumentative; assumes facts not in evidence; calls for privileged information | none |
| 161:11-162:2 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague; argumentative | none |
| 165:17-23 | irrelevant; 403; subject to MILs on (c) allegations and (c)s not owned by P10; lacks foundation; vague | none |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Dated: February 8, 2019                   FENWICK & WEST LLP


                                          By: /s/ Todd R. Gregorian
                                              Todd R. Gregorian

                                          Attorneys for Plaintiffs/Judgment Creditors
                                          GIGANEWS, INC., and LIVEWIRE
                                          SERVICES, INC.