ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.928.5200

JED WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
ERIC B. YOUNG (CSB No. 318754)
eyoung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

RONALD P. SLATES (CSB No. 43712)
rslates2@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grande Avenue, Suite 2010
Los Angeles, CA 90071
Telephone:  213.624.1515
Facsimile:  213.624.7536

Attorneys for Plaintiffs/Judgement Creditors
GIGANEWS, INC. and LIVEWIRE SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation,<br><br>Plaintiffs,<br>v.<br>PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>*Before Honorable André Birotte, Jr.*<br><br>**PLAINTIFFS GIGANEWS, INC. AND LIVEWIRE SERVICES, INC.'S CERTIFICATE OF SERVICE RE: DEPOSITION TRANSCRIPTS**<br><br>Pretrial Conf.:  March 1, 2019<br>Time:  11:00 a.m.<br>Courtroom:  7B<br>Trial Date:  March 26, 2019<br>Judge:  Hon. André Birotte, Jr. |

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in the City and County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I caused to be served a copy of the following documents:

1. **NOTICE OF MANUAL LODGING OF DEPOSITION TRANSCRIPTS FOR USE AT TRIAL**

2. **INDEX CITATIONS TO DEPOSITION DESIGNATIONS, OBJECTIONS, AND COUNTERDESIGNATIONS FOR USE AT TRIAL**

3. **DEPOSITION TRANSCRIPTS AS FOLLOWS:**

| | |
|---|---|
| Chumura, Sean (4/17/2014) | Hersh, Bruce Debtor Examination (5/17/2016) |
| Poblete, Melanie (4/23/2014) | Poblete, Melanie Debtor Examination (12/6/2016) |
| Zada, Norm (4/24/2014) | |
| Apai, Szabolcs (4/25/2014) | Zada, Norm (7/11/2018) |
| Zada, Norm (4/25/2014) | Poblete, Melanie (7/17/2018) |
| Chaney, Rebekah (6/5/2014) | Hersh, Bruce (7/18/2018) |
| Augustine, Gwendalyn (6/24/2014) | Zada, Norm (10/31/2018) |
| Chou, Sheena (6/25/2014) | Yokubaitis, Jonah (4/30/2014) |
| Saz, Mike (6/27/2014) | Yokubaitis, Ron (1/23/2014) |
| Zada, Norm 30(b)(6) (6/30/2014) | Menking, Shane (3/22/2014) |
| Zada, Norm (8/24/2014) | Rosenblatt, William (8/22/2014) |
| McCall, Jennifer (10/22/2014) | Molter, Philip (3/20/2014) |
| Zada, Norm Debtor Examination (1/28/2016) | Molter, Philip (3/21/2014) |

on the interested parties in the subject action as follows:

Matthew C. Mickelson
Law Offices of Matthew C. Mickelson
16055 Ventura Blvd., Suite 1230
Encino, CA 91436
Telephone:  (818) 382-3360
Facsimile:   (818) 382-3364
**matthew@mickelsonlegal.com**

☑   **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: February 8, 2018            /s/ *Jenni Linteo*
                                                Jenni Linteo