| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB No. 122761) |
| | abridges@fenwick.com |
| 2 | FENWICK & WEST LLP |
| | 801 California Street |
| 3 | Mountain View, CA  94041 |
| | Telephone:  650.988.8500 |
| 4 | Facsimile:   650.928.5200 |
| | |
| 5 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
| | jwakefield@fenwick.com |
| 6 | TODD R. GREGORIAN (CSB No. 236096) |
| | tgregorian@fenwick.com |
| 7 | SAPNA MEHTA (CSB No. 288238) |
| | smehta@fenwick.com |
| 8 | ERIC B. YOUNG (CSB No. 318754) |
| | eyoung@fenwick.com |
| 9 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 10 | San Francisco, CA  94104 |
| | Telephone:  415.875.2300 |
| 11 | Facsimile:   415.281.1350 |
| | |
| 12 | RONALD P. SLATES, SBN: 43712 |
| | rslates2@rslateslaw.com |
| 13 | RONALD P. SLATES, P.C. |
| | 500 South Grand Avenue, Suite 2010 |
| 14 | Los Angeles, CA 90071 |
| | Telephone:  213.624.1515 |
| 15 | Facsimile:   213.624.7536 |
| | |
| 16 | Attorneys for Plaintiffs/Judgment Creditors |
| | GIGANEWS, INC. and LIVEWIRE SERVICES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| GIGANEWS, INC., a Texas corporation; LIVEWIRE SERVICES, INC., a Nevada corporation, | | Case No.: 2:17-cv-05075-AB (JPR) |
| | Plaintiffs, | **NOTICE OF APPEARANCE OF SAPNA MEHTA** |
| | v. | |
| PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive, | | |
| | Defendants. | |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Sapna Mehta of Fenwick & West LLP hereby enters her appearance on behalf of Plaintiffs Giganews, Inc. and Livewire Services, Inc. ("Plaintiffs"). Ms. Mehta's email addresses, for purposes of receipt of Notices of Electronic Filing are:

    smehta@fenwick.com    and    mguidoux@fenwick.com

Plaintiffs request that Ms. Mehta be included on the Court's and parties' services lists.

Dated: February 12, 2019          FENWICK & WEST LLP

By: */s/ Sapna Mehta*
    Sapna Mehta

Attorneys for Plaintiffs/Judgment Creditors
GIGANEWS, INC. and LIVEWIRE
SERVICES, INC.