UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 17-05075 AB (JPRx) | Date: | March 18, 2019 |
|---|---|---|---|

| Title: | *Giganews, Inc. et al v. Perfect 10, Inc., et al.* |
|---|---|

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] ORDER RE: BURDEN OF PROOF**

The Court has reviewed the parties' joint brief (Dkt. No. 204) regarding the burden of proof for the fraudulent transfer claims, and the authorities cited therein. The Court finds that these claims are subject to the preponderance of the evidence burden of proof, as stated in Cal. Civ. Code § 3439.04(c).

**IT IS SO ORDERED.**