| | |
|---|---|
| 1 | ANDREW P. BRIDGES (CSB NO. 122761)<br>abridges@fenwick.com |
| 2 | FENWICK & WEST LLP<br>801 California Street |
| 3 | Mountain View, CA  94041<br>Telephone:   650.988.8500 |
| 4 | Facsimile:    650.928.5200 |
| 5 | JED WAKEFIELD (CSB No. 178058)<br>jwakefield@fenwick.com |
| 6 | TODD R. GREGORIAN (CSB No. 236096)<br>tgregorian@fenwick.com |
| 7 | ARMEN NERCESSIAN (CSB No. 284906)<br>anercessian@fenwick.com |
| 8 | SAPNA MEHTA (CSB NO. 236096)<br>smehta@fenwik.com |
| 9 | ERIC B. YOUNG (CSB No. 318754)<br>eyoung@fenwick.com |
| 10 | FENWICK & WEST LLP<br>555 California Street, 12th Floor |
| 11 | San Francisco, CA  94104<br>Telephone:   415.875.2300 |
| 12 | Facsimile:    415.281.1350 |
| 13 | RONALD P. SLATES (SBN: 43712)<br>rslates2@rslateslaw.com |
| 14 | RONALD P. SLATES, P.C.<br>500 South Grande Avenue, Suite 2010 |
| 15 | Los Angeles, CA 90071<br>Telephone: 213.624.1515 |
| 16 | Facsimile:   213.624.7536 |
| 17 | Attorneys for Plaintiffs/Judgement Creditors<br>GIGANEWS, INC. and LIVEWIRE SERVICES, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; and LIVEWIRE SERVICES, INC., a Nevada corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive,<br><br>           Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**NOTICE OF MANUAL LODGING OF DEPOSITION TRANSCRIPTS FOR USE AT TRIAL**<br><br>Trial:           March 26, 2019<br>Time:         8:30 am<br>Courtroom: 7B<br>Judge:        Hon. André Birotte, Jr. |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Under Local Rule 32-1, Plaintiffs Giganews, Inc. and Livewire Services, Inc. hereby lodge copies of the following deposition transcripts they intend to introduce into evidence. Plaintiffs have attached a revised index showing the specific testimony from the following witnesses:

| No. | Deposition | Date |
|---|---|---|
| 1. | Poblete, Melanie | 4/23/2014 |
| 2. | Zada, Norm | 4/24/2014 |
| 3. | Zada, Norm | 4/25/2014 |
| 4. | Zada, Norm 30(b)(6) | 6/30/2014 |
| 5. | Zada, Norm | 8/24/2014 |
| 6. | Zada, Norm (Debtor Examination) | 1/28/2016 |
| 7. | Hersh, Bruce (Debtor Examination) | 5/17/2016 |
| 8. | Poblete, Melanie (Debtor Examination) | 12/6/2016 |
| 9. | Zada, Norm | 7/11/2018 |
| 10. | Poblete, Melanie | 7/17/2018 |
| 11. | Hersh, Bruce | 7/18/2018 |
| 12. | Zada, Norm | 10/31/2018 |

1    Plaintiffs have also included Defendants' designations of deposition
2    testimony they intend to offer at trial in the attached Index.  The Index includes
3    Plaintiffs' objections and counter-designations.

Dated: March 25, 2019                    FENWICK & WEST LLP

                                         By: */s/ Eric B. Young*
                                             Eric B. Young

                                         Attorneys for Plaintiffs/Judgment Creditors
                                         GIGANEWS, INC., and LIVEWIRE
                                         SERVICES, INC.