1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  FENWICK & WEST LLP
   801 California Street
3  Mountain View, CA 94041
   Telephone: 650.988.8500
4  Facsimile:  650.928.5200

5  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
6  TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
7  ARMEN NERCESSIAN (CSB No. 288238)
   anercessian@fenwick.com
8  SAPNA MEHTA (CSB No. 288238)
   smehta@fenwick.com
9  ERIC B. YOUNG (CSB No. 318754)
   eyoung@fenwick.com
10 FENWICK & WEST LLP
   555 California Street, 12th Floor
11 San Francisco, CA 94104
   Telephone: 415.875.2300
12 Facsimile:  415.281.1350

13 RONALD P. SLATES, SBN: 43712
   rslates2@rslateslaw.com
14 RONALD P. SLATES, P.C.
   500 South Grand Avenue, Suite 2010
15 Los Angeles, CA 90071
   Telephone: 213.624.1515
16 Facsimile:  213.624.7536

17 Attorneys for Plaintiffs/Judgment Creditors,
   GIGANEWS, INC. and LIVEWIRE
18 SERVICES, INC.

19          UNITED STATES DISTRICT COURT
20          CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21 GIGANEWS, INC., a Texas corporation; and LIVEWIRE SERVICES, INC., a Nevada corporation, | Case No.: 2:17-cv-05075-AB (JPR) |
| 23          Plaintiffs, | **PLAINTIFFS' TRANSCRIPTS OF VIDEO DEPOSITION TESTIMONY PLAYED FOR THE JURY AT TRIAL** |
| 24      v. | |
| 25 PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive, | Trial Date: March 26, 2019<br>Courtroom: 7B<br>Judge: Hon. André Birotte, Jr. |
| 27          Defendants. | |
| 28 | |

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2  Plaintiffs Giganews, Inc. and Livewire Services, Inc. provide attached as

3  <u>Exhibit 1</u> transcripts of the video deposition testimony played at trial in this matter.

5  Dated: April 1, 2019                    FENWICK & WEST LLP

7  By: <u>*/s/ Eric B. Young*</u>
8  Eric B. Young
   Attorneys for Plaintiffs/Judgment Creditors
9  GIGANEWS, INC., and LIVEWIRE
   SERVICES, INC.

---

TRANSCRIPTS OF VIDEO DEPOSITIONS AT TRIAL        1        CASE NO.: 2:17-CV-05075-AB (JPR)