DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGANEWS, INC., a Texas corporation; and LIVEWIRE SERVICES, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PERFECT 10, INC., a California corporation; NORMAN ZADA, an individual; and DOES 1-50, inclusive,<br><br>Defendants, | Case No. 2:17-cv-05075-AB (JPRx)<br><br>**SPECIAL VERDICT FORM** |

1.

In answering these questions, you are to follow all the instructions the Court previously gave you. "Plaintiffs" means Giganews, Inc. and Livewire Services, Inc. "Defendants" means Norman Zada and Perfect 10, Inc. You must reach a unanimous decision for the following questions as instructed below:

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

1. **Did Plaintiffs prove by a preponderance of the evidence that they have a right to payment from Perfect 10?**
   __X__ Yes _____ No

   *If you answered "no," you don't need to answer the remaining questions; please have the presiding juror sign and date this form. Otherwise, go to the next question.*

2. **Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 transferred <u>funds</u> to Norman Zada?**
   __X__ Yes _____ No

   *Go to the next question.*

3. **Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 transferred <u>physical property</u> to Norman Zada?**
   __X__ Yes _____ No

   *If you answered "no" to both questions 2 and 3, you don't need to answer the remaining questions. Otherwise, go to the next question.*

## Plaintiffs' Claim for Actual Fraudulent Transfer

4. Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 made the transfers with the intent to hinder, delay, or defraud one or more of its creditors?

   __X__ Yes  _____ No

   *Go to the next question.*

## Plaintiffs' Claim for Constructive Fraudulent Transfer

5. Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 did not receive reasonably equivalent value in exchange for the <u>funds</u> it transferred to Norman Zada?

   _____ Yes  __X__ No

   *Go to the next question.*

6. Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 did not receive reasonably equivalent value in exchange for the <u>physical property</u> it transferred to Norman Zada?

   _____ Yes  __X__ No

   *If your answered "no" to both questions 5 and 6, you can skip to question 10. Otherwise, answer the next question.*

7. Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 was in business or about to enter a transaction when its remaining assets were unreasonably small for the business or transaction?

   _____ Yes  _____ No

   *Go to the next question.*

3.

8. Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 intended to incur debts beyond its own ability to pay as they became due?

_____ Yes _____ No

*Go to the next question.*

9. Did Plaintiffs prove by a preponderance of the evidence that Perfect 10 should reasonably have believed that it would incur debts beyond its own ability to pay as they became due?

_____ Yes _____ No

*Go to the next question.*

## Plaintiffs' Claim for Transfer of Personal Property Not Accompanied by Transfer or Possession

10. Did Plaintiffs prove by a preponderance of the evidence that Plaintiffs were creditors of Perfect 10 at the time Perfect 10 made any transfers of <u>physical property</u> to Norman Zada?

__X__ Yes _____ No

*If you answered "no," you don't need to answer question 11. Otherwise, go to the next question.*

11. Did Plaintiffs prove by a preponderance of the evidence that the transfers of Perfect 10's <u>physical property</u> were not accompanied by an immediate delivery followed by an actual and continued change of possession of that property?

_____ Yes __X__ No

*Go to the next question.*

4.

## Harm and Damages

12. **Did Plaintiffs prove by a preponderance of the evidence that they were harmed by the transfers?**

    _X_ Yes _____ No

    *If you answered "no," you don't need to answer further questions. Otherwise, go to the next question.*

13. **Did Plaintiffs prove by a preponderance of the evidence that Defendants' conduct was a substantial factor in causing Plaintiffs' harm?**

    _X_ Yes _____ No

    *If you answered "no," you don't need to answer further questions. Otherwise, go to the next question.*

14. **What amount do you find sufficient to compensate Plaintiffs for Perfect 10's transfers of <u>funds</u> to Norman Zada?**

    TOTAL $ __$454,000.00__

    *Go to the next question.*

//
//
//
//
//

5.

### Punitive Damages

15. Did Plaintiffs prove by clear and convincing evidence that Defendants acted with malice, oppression, or fraud?

    __X__ Yes  ____ No

    *If you answered "no," you don't need to answer further questions. Otherwise, go to the next question.*

16. What amount of punitive damages, if any, do you award Plaintiffs?

    TOTAL $ __$ 746,000.00__

Signed: ___/S/___

Dated: ___4/3/19___

*After this verdict form has been signed, notify the clerk/bailiff/court attendant that you are ready to present your verdict in the courtroom.*