UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 17-05075 AB (JPRx) | Date: | June 26, 2019 |
|---|---|---|---|

Title: *Giganews, Inc. et al. v. Perfect 10, Inc. et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER RE: PROPOSED JUDGMENT

The Court has reviewed Plaintiff's Proposed Judgment and Memorandum, Defendants' objections thereto, Plaintiff's response, and Defendant's response thereto. In light of all the issues and arguments raised therein, the Court **ORDERS** the parties to meet and confer about their disputes in an attempt to resolve them, and present any outstanding issues in an orderly manner in a single joint brief. The Proposed Judgment (Dkt. No. 260) is, accordingly, **STRICKEN**.

Plaintiff shall re-file its Proposed Judgment (revised if appropriate after meeting and conferring), along with the parties' joint brief. For each contested element of Plaintiff's Proposed Judgment, the Joint Brief shall present Plaintiff's argument in support of that contested element, followed immediately by Defendants' objection to that element. The Joint Brief shall not exceed 20 pages (10 pages per side). The Proposed Judgment and Joint Brief shall be filed within 21 days of the issuance of this order and shall thereupon be under submission. The Court expects the parties to work in good faith to resolve any issues that can be reasonably resolved without Court intervention.

IT IS SO ORDERED.