ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.928.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
ARMEN NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
ERIC B. YOUNG (CSB No. 318754)
eyoung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

RONALD P. SLATES, SBN: 43712
rslates2@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grand Avenue, Suite 2010
Los Angeles, CA 90071
Telephone:   213.624.1515
Facsimile:    213.624.7536

Attorneys for Plaintiffs/Judgment Creditors,
GIGANEWS, INC. and LIVEWIRE
SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>PERFECT 10, INC., a California Corporation; NORMAN ZADA, in individual; and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>Courtroom:    7B<br>Judge:            Hon. André Birotte, Jr. |

On April 3, 2019, the jury entered a special verdict after trial.  The Court now issues its final judgment as follows:

1. Plaintiffs Giganews, Inc. and Livewire Services, Inc. are entitled to judgment against both defendants Perfect 10, Inc., and Norman Zada, jointly and severally, on the plaintiffs' first cause of action for actual fraudulent transfer in the amount of $454,000.00 in compensatory damages and $746,000.00 in punitive damages.

2. Plaintiffs are further entitled to prejudgment interest from both defendants, jointly and severally, at seven percent per annum pursuant to Cal. Civil Code § 3287(a) and Cal. Const. art. XV § 1 on the compensatory damages ($454,000) from May 13, 2015, to the date the jury entered its verdict, April 3, 2019, for an additional amount of $123,712.26 ($87.06 per day for 1,421 days).

3. Plaintiffs are also entitled to prejudgment interest from both defendants, jointly and severally, on the entire award ($1,200,000.00, including compensatory and punitive damages) from the date of the verdict, April 3, 2019, to the date the Court enters this final judgment.  This amounts to $230.13 per day for _____ days, totaling an additional $_____.

4. Defendants are entitled to judgment on the plaintiffs' second and third causes of action for constructive fraudulent transfer and for transfer of property without transfer of possession.

5. The Court will address costs in accordance with Fed. R. Civ. P. 54(d)(1) and Civ. L.R. 54-1.

6. Plaintiffs are also entitled to postjudgment interest from the date of this Judgment, at the prevailing federal rate.

**IT IS SO ORDERED:**

Dated: April ___, 2019

                                  Hon. André Birotte, Jr.
                                  United States District Judge
                                  Central District of California