JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| GIGANEWS, INC., a Texas Corporation; LIVEWIRE SERVICES, INC., a Nevada Corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PERFECT 10, INC., a California Corporation; NORMAN ZADA, in individual; and DOES 1-50, inclusive,<br><br>                Defendants. | Case No.: 2:17-cv-05075-AB (JPR)<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>Courtroom:    7B<br>Judge:        Hon. André Birotte, Jr. |

On April 3, 2019, the jury entered a special verdict after trial. The Court now issues its final judgment as follows:

1. Plaintiffs Giganews, Inc. and Livewire Services, Inc. are entitled to judgment against both defendants Perfect 10, Inc., and Norman Zada, jointly and severally, on the plaintiffs' first cause of action for actual fraudulent transfer in the amount of $454,000.00 in compensatory damages and $746,000.00 in punitive damages.

2. Plaintiffs are further entitled to prejudgment interest from both defendants, jointly and severally, at seven percent per annum pursuant to Cal. Civil Code § 3287(a) and Cal. Const. art. XV § 1 on the compensatory damages ($454,000) from May 13, 2015, to the date the jury entered its verdict, April 3, 2019, for an additional amount of $123,712.26 ($87.06 per day for 1,421 days).

3. Plaintiffs are also entitled to prejudgment interest from both defendants, jointly and severally, on the entire award ($1,200,000.00, including compensatory and punitive damages) from the date of the verdict, April 3, 2019, to the date the Court enters this final judgment. This amounts to $230.13 per day for 174 days, totaling an additional $40,042.62.

4. Defendants are entitled to judgment on the plaintiffs' second and third causes of action for constructive fraudulent transfer and for transfer of property without transfer of possession.

5. The Court will address costs in accordance with Fed. R. Civ. P. 54(d)(1) and Civ. L.R. 54-1.

6. Plaintiffs are also entitled to postjudgment interest from the date of this Judgment, at the prevailing federal rate.

**IT IS SO ORDERED:**

Dated: September 23, 2019

_____
Hon. André Birotte, Jr.
United States District Judge
Central District of California